# EXHIBIT 2

Case 1:05-cv-00284-GMS    Document 1-3    Filed 05/10/2005    Page 1 of 4

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 05C-03-188 WCC |
| ) | |
| U-HAUL INTERNATIONAL, INC., ) | NON-ARBITRATION |
| ROGER MAYFIELD, and ) | |
| NATIONWIDE GENERAL INSURANCE ) | TRIAL BY JURY DEMANDED |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT U-HAUL INTERNATIONAL, INC.'S NOTICE
OF FILING PETITION FOR REMOVAL**

PLEASE TAKE NOTICE that defendant U-Haul International, Inc. ("U-Haul"), by its attorneys, Blank Rome LLP and Quarles & Brady LLP, has filed a Petition for Removal removing this action to the United States District Court for the District of Delaware on the 10th day of May, 2005. A true and accurate copy of the Petition of Removal is attached hereto as Exhibit 1.

Dated: May 10, 2005

BLANK ROME LLP

_____
Steven L. Caponi (DSBA No. 3484)
Chase Manhattan Centre
1201 Market St., Suite 800
Wilmington DE 19801
(302) 425-6408
(302) 428-5106 (Fax)

Attorneys for Defendant U-Haul International, Inc.

900200.00001/40153375v1

-2-

Of Counsel:

Francis H. LoCoco
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122
414-277-5341
414-978-8841 (Fax)

Monica M. Tynan
ILARDC #06210307
Quarles & Brady LLP
Citicorp Center
500 W. Madison Street, Suite 3700
Chicago, IL 60661-2511
312-715-5000
312-715-5155 (Fax)

-3-

## CERTIFICATE OF SERVICE

I, Steven L. Caponi, hereby certify that on this 10th day of May, 2005, copies of Defendant U-Haul International, Inc.'s Notice Of Filing Petition For Removal was served electronically and by hand upon:

        Richard A. DiLiberto, Jr.
        Young Conaway Stargatt & Taylor, LLP
        The Brandywine Building, 17th Fl.
        1000 West Street
        Wilmington, DE 19801

        Steven L. Caponi (#3484)

900200.00001/40153375v1