## CERTIFICATE OF SERVICE

I, Steven L. Caponi, hereby certify that on this 10th day of May, 2005, copies of

Defendant U-Haul International Inc.'s Notice Of Removal was served by hand upon:

Richard A. DiLiberto, Jr.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Fl.
1000 West Street
Wilmington, DE  19801

Steven L. Caponi (# 3484)

-4-

900200.00001/40153374v1