IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

SARA S. ECHEVARRIA,                         :

               Plaintiff,          :    Case No.: 05-284 (GMS)
                          :
v.                                          :    Removed from Superior Court,
                          :    New Castle County, Delaware
U-HAUL INTERNATIONAL, INC.,                 :    C.A. No.: 05C-03-188 WCC
ROGER MAYFIELD, and                         :
NATIONWIDE GENERAL INSURANCE :
COMPANY,                                    :
                          :
             Defendants.         :

**ORDER GRANTING PLAINTIFF SARA S.
ECHEVARRIA'S MOTION FOR REMAND**

Upon consideration of Plaintiff Sara S. Echevarria's Motion for Remand and

sufficient cause appearing therefor;

THE COURT HEREBY FINDS THAT:

1.    The defendants have failed to properly remove this action pursuant to 28

U.S.C. § 1446.

IT IS HEREBY ORDERED, that the Motion for Remand if granted and C.A. No.

_____ is hereby remanded to the Superior Court of the State of Delaware in and for

New Castle County.

Dated: Wilmington, Delaware
_____, 2005

                                   _____
                                   The Honorable Gregory M. Sleet