IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | : |
| Plaintiff, | : Case No.: 05-284 (GMS) |
| v. | : Removed from Superior Court, |
| | : New Castle County, Delaware |
| U-HAUL INTERNATIONAL, INC., | : C.A. No.: 05C-03-188 WCC |
| ROGER MAYFIELD, and | : |
| NATIONWIDE GENERAL INSURANCE | : |
| COMPANY, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Richard A. DiLiberto, Jr., Esquire, hereby certifies that on this __24__ day of May, 2005, a copy of the attached, Plaintiff Sara S. Echevarria's Motion for Remand, was served upon the below-listed individual(s) via e-filing:

        Stephen L. Caponi, Esquire
        Blank Rome, LLP
        Chase Manhattan Centre
        1201 Market Street, Suite 800
        Wilmington, DE 19801

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _/s/ Richard A. DiLiberto_
        Richard A. DiLiberto, Jr. (#2429)
        Jennifer M. Kinkus (#4289)
        The Brandywine Building, 17th Floor
        1000 West Street
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        (302) 571-6657
        Attorneys for Plaintiffs

Dated: May 24, 2005