

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (302) 425-6408
Fax:    (302) 425-6464
Email:  caponi@blankrome.com

June 2, 2005

The Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    Echevarria v. U-Haul International, Inc., *et al.*
              D. Del. C.A. No. 05-284 (GMS)

Dear Judge Sleet:

      I am writing pursuant to Local District Court Civil Rule 81.2, to identify for the Court all pending matters in the above referenced litigation that require judicial action.

      This matter was initially filed in Delaware Superior Court on March 16, 2005 (05C-03-188 WCC) and was subsequently removed to this Court on May 10, 2005. On May 24, 2005, Plaintiff filed a motion to remand the matter back to the Delaware Superior Court (the "Remand Motion"). Defendants U-Haul International, Inc. and Nationwide General Insurance Company have answered the Complaint. It is my understanding that plaintiff has not yet perfected service on defendant Roger Mayfield. Defendants U-Haul and Nationwide intend to file papers opposing the Remand Motion within the time proscribed by the Local Rules.

      I am available at the Court's convenience should Your Honor have any question in this regard.

                                                                Respectfully,

                                                                Steven L. Caponi
                                                                (DSBA No. 3484)

SLC/rst

cc:    Frank LoCoco, Esquire
       Richard DiLiberto, Jr., Esquire
       Robert J. Leoni, Esquire