IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 05-284 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | TRIAL BY JURY OF |
| ROGER MAYFIELD, and | ) | TWELVE DEMANDED |
| NATIONWIDE GENERAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 4th day of June 2005, two copies of the foregoing Defendant, Nationwide General Insurance Company's Response to Plaintiff's Motion to Remand was served via e-filing to:

Richard A. DiLiberto, Jr., Esquire
*YOUNG CONAWAY STARGATT & TAYLOR, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Steven L. Caponi, Esquire
*BLANK ROME, LLP*
1201 Market Street, Suite 800
Wilmington, DE 19801

                         *MORGAN SHELSBY & LEONI*

                         */s/ Robert J. Leoni*
                         ROBERT J. LEONI, I.D. #2888
                         Rleoni@mslde.com

                         131 Continental Drive, Suite 206
                         Newark, DE 19713
                         (302) 454-7430
                         Attorney for Defendant, Nationwide,
Nationwide