# EXHIBIT 2



DE-10-NEWC * P.O. Box 15260 * Wilmington, DE 19850-5260

May 4, 2005

Quarles & Brady
Attn: Monica Tynan, Esq.
500 W. Madison Street
STE 3700
Chicago, IL 60661

**OUR INSURED :** Sara S Echevarria
**OUR CLAIM NUMBER :** 89 07   497126 05152004 01
**DATE OF ACCIDENT :** 05-15-2004
**CLAIMANT NAME :** Sara S Echevarria

Dear Ms. Tynan,

I have attached the copy of the police report we have regarding this case. As we discussed, I see no problem with removing the case to Federal Court. I discussed this with my defense attorney, Rob Leoni after we spoke, and he agreed that there was no issue on our part with your request.

As we had also discussed, I see this as a matter that involves additional defendants not yet named, specifically the manufacturer of the hitch and/or coupling mechanism on the U-Haul trailer unit. I understand that someone at U-Haul may have had the unit examined, but I am uncertain if that is indeed the case. My concerns about a possible defect here are based on the information we have from the police report that defendant Mayfield, had recoupled the unit in North Carolina, some three hundred miles away from where this incident took place.

Please let me know if there is anything else I can help you with.

NATIONWIDE GENERAL INSURANCE COMPANY

Sonja Blackhawk
Claims Department
(302)325-8932
C:
Morgan, Shelsby & Leoni
131 Continental Drive STE 206
Newark DE 19713