# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

SARA S. ECHEVARRIA,

    Plaintiff,

v.

U-HAUL INTERNATIONAL, INC.,
ROGER MAYFIELD, and
NATIONWIDE GENERAL INSURANCE
COMPANY

    Defendants.

Case No. 05-284 (GMS)

Removed from Superior Court,
New Castle County, Delaware
C.A. No.: 05C-03-188 WCC

### AFFIDAVIT OF FRANCIS H. LoCOCO

STATE OF WISCONSIN  )
                            )ss
MILWAUKEE COUNTY  )

    FRANCIS H. LoCOCO, being first duly sworn, on oath, deposes and states as follows:

    1.    I am an attorney at Quarles & Brady LLP, counsel of record for defendant U-Haul International, Inc. ("U-Haul"), in this matter and make this affidavit upon personal knowledge being duly authorized to do so.

    2.    Based on my understanding of plaintiff's injuries and claims in this case, U-Haul is not uninsured or underinsured.

    3.    Upon receipt of plaintiff's Motion for Remand, I attempted to contact Richard DiLiberto, Jr., Ms. Echevarria's counsel, on May 25, 2005 to request that he withdraw the motion to remand. Although I did not speak with him directly, I did leave a voicemail explaining that Nationwide had consented to removal.

    4.    On May 26, 2005, I again left Mr. DiLiberto a voicemail and sent him a letter asking him to withdraw his Motion to Remand. I explained that Nationwide had, in fact,

consented in writing prior to U-Haul filing the Notice of Removal. I also explained that U-Haul had not filed Nationwide's consent based on the advice of the Clerk of the Court. I have attached a true and correct copy of this letter as Exhibit A.

5. Finally, on May 31, 2005 I spoke by telephone with Mr. DiLiberto. I again explained U-Haul's position that plaintiff's Motion to Remand was baseless because Nationwide had consented in writing to removal prior to U-Haul's removal and because the Clerk of the Court had informed U-Haul that filing Nationwide's consent was not necessary. I again requested that he withdraw his Motion to Remand.

6. In our telephone conversation, Mr. DiLiberto refused to withdraw the motion.

*[signature]*

Subscribed and sworn to before me
this ___ day of ____June____, 2005

*[signature]*
Notary Public, State of Wisconsin
My Commission : expires 05-21-06