# MORGAN SHELSBY & LEONI

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD. DC. DE)

OF COUNSEL
MICHAEL C. ROSENDORF (MD. DC, DE, MN)

OFFICE ALSO IN HUNT VALLEY, MD

A PROFESSIONAL ASSOCIATION

SUITE 206
131 CONTINENTAL DRIVE
NEWARK, DELAWARE 19713
302-454-7430
FACSIMILE 302-454-7437

MICHAEL J. LOGULLO (DE)
ROBIN E. HAUPTMANN (MD, DC)
MARISA FERRARO CAPONE (MD)

JOSEPH Y. BRATTAN, III (1933-1999)

June 8, 2005

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    Sara S. Echevarria v. Nationwide, et al.
            C.A. No. 05-284 (GMS)
            My File No. 153.05154

Dear Judge Sleet:

       I represent Defendant Nationwide Insurance Company in this matter. Pursuant to Local District Rule 81.2 I am in agreement with Mr. Caponi's letter dated June 2, 2005 as to all pending matters that require judicial action.

       I am available at the Court's convenience should Your Honor have any questions in this regard.

                                         Respectfully Submitted,

                                         /s/ Robert J. Leoni
                                         Robert J. Leoni
                                         Rleoni@mslde.com

                                         /s/ Michael J. Logullo
                                         Michael J. Logullo
                                         mlogullo@mslde.com

cc:    Frank LoCoco, Esquire
        Richard DiLiberto, Esquire
        Steven L. Caponi, Esquire