# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, : | |
| : | |
| Plaintiff, : | Case No.: 05-284 (GMS) |
| : | |
| v. : | Removed from Superior Court, |
| : | New Castle County, Delaware |
| U-HAUL INTERNATIONAL, INC., : | C.A. No.: 05C-03-188 WCC |
| ROGER MAYFIELD, and : | |
| NATIONWIDE GENERAL INSURANCE : | |
| COMPANY, : | |
| : | |
| Defendants. : | |

### AFFIDAVIT OF INFORMATION REGARDING
### COVERAGE LIMITS UNDER INSURANCE POLICY WITH
### REPUBLIC WESTERN INSURANCE COMPANY

STATE OF DELAWARE  )
                   )  SS.
NEW CASTLE COUNTY  )

BE IT REMEMBERED that on this 7th day of June, 2005, personally appeared before me, a Notary Public for the State and County aforesaid, the deponent, Richard A. DiLiberto, Jr., Esquire, who deposed and stated as follows:

1. I am an attorney with the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the plaintiff in the above-captioned matter.

2. The defendants, U-Haul International, Inc., and Roger Mayfield, are insured under a policy of insurance issued by Republic Western Insurance Company, based upon information and belief.

3. During a telephone conversation, on or about July 22, 2004 with Karen Burczewski, the claims adjuster for Republic Western Insurance Company, handling the claim in the above-captioned matter, I was informed that the coverage limits on the policy covering

Defendants U-Haul and Mayfield are $15,000 per person and $30,000 per occurrence or "minimum coverage."

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Richard A. DiLiberto, Jr. (#2429)
Jennifer M. Kinkus (#4289)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6657
Facsimile: (302) 571-1253
Attorneys for Plaintiffs

Dated: June 9, 2005

SWORN TO AND SUBSCRIBED before me this 9th day of June, 2005.

_____
Notary Public
My Commission Expires: 8/8/06

KIMBERLY S. JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 8, 2006

2

# EXHIBIT B

**Republic Western Insurance Company**

RECEIVED JUL - 7 2004

WWW.REPWEST.COM

July 2, 2004

Richard A. DiLiberto, Jr., Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

RE:  Our Claim: 02393161
     Our Insured: Uhaul
     Date of Loss: May 15, 2004

Dear Mr. DiLiberto:

We have carefully examined the facts and surrounding circumstances of this matter and believe we have sufficient information with which to make a proper determination of the above claim.

We have endeavored to fairly evaluate all available information connected with this loss however, our investigation reveals no negligence on the part of U-Haul. As a result, we will not be in a position to honor your claim.

Should you have any questions or evidence to the contrary, please feel free to contact the undersigned.

Very truly yours,

Karen A. Burczewski, xt. 232
Claims Adjusters

KAB:s

"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties The lack of a statement as required above does not constitute a defense in any prosecution for a fraudulent insurance act"

# EXHIBIT C



910 W. Basin Road, New Castle DE 19720
HOME OFFICE: *COLUMBUS, OHIO*

January 12, 2005

Republic Western Insurance
P.O. Box 2789
Warminster, PA 18974-2789
Attn: Karen Burczewski


**OUR INSURED :** Sara S Echevarria
**OUR CLAIM NUMBER :** 89 07   497126 05152004 01
**DATE OF ACCIDENT :** 05-15-2004
**CLAIMANT NAME :** Sara S Echevarria


Dear Ms. Burczewski ,


I appreciate your call regarding the above matter, however, I still request the location of the trailer unit so it may be inspected. If the unit has been disposed of, please confirm this in writing.

You will need to support your contention that the trailer unit was indeed in proper working order and maintained. Irrespective of the information suggesting that the vehicle renter, Roger Mayfield re-hitched the unit, it is notable that he traveled over three hundred miles before the coupling detached. The information we have is that Mayfield had re-attached the hitch in North Carolina, however, this accident occurred in Delaware, which is a rather long distance away from the point of coupling. This suggests that they may have been something more than just a matter of an improper hitching.

Notwithstanding, Mayfield was a renter, and proper instructions should be afforded these persons upon the rental of such units to protect such forseeable events from occurring. This is a duty of both the leasing agent and the manufacturer. Without the identity of the manufacturer, we are unable to determine if there was appropriate instructions provided for the use and maintenance of the unit. The design of the unit may also be in question as to its useability, and whether or not its design is conducive to its proper use.

If you have the name of the manufacturer of the hitching mechanism, I would appreciate your favoring me with this information so I may research whether any recalls on this mechanism were issued by that manufacturer, NHTSA or other consumer organization.

Please let me hear from you by February 1, 2005 in this regard.

NATIONWIDE GENERAL INSURANCE COMPANY

Sonja Blackhawk
Claims Department
(302)325-8932

C: Richard DiLiberto, Esq.
1000 West Street
The Brandywine Building
Wilmington DE 19899

# EXHIBIT D

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P HUGHES, JR
EDWIN J HARRON

MICHAEL R. NESTOR
MAUREEN D LUKE
ROLIN P. BISSELL
MATTHEW P. DENN
SCOTT A. HOLT
JOHN T DORSEY

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
KEVIN M. BAIRD
SEAN M. BEACH
TIMOTHY P. CAIRNS
M. BLAKE CLEARY
CURTIS J. CROWTHER
ERIN EDWARDS
DANIELLE GIBBS
SEAN T GREECHER
KARA S HAMMOND
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL (MD ONLY)
TIMOTHY E. LENGKEEK
MATTHEW B LUNN
JOSEPH A MALFITANO
GLENN C MANDALAS
ADRIA B. MARTINELLI
MATTHEW B MCGUIRE
MARIBETH L. MINELLA
EDMON L. MORTON
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
FRANCIS J. SCHANNE
MICHAEL P. STAFFORD
JOHN E. TRACEY
ALFRED VILLOCH, III
CHRISTIAN DOUGLAS WRIGHT
SHARON M ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6657
FAX: (302) 576-3290

E-MAIL: rdiliberto@ycst.com

H ALBERT YOUNG
1929-1982

H. JAMES CONAWAY, JR.
1947-1990

WILLIAM F TAYLOR
STUART B. YOUNG
EDWARD B MAXWELL, 2ND
SHELDON A. WEINSTEIN
OF COUNSEL

JOHN D. MCLAUGHLIN, JR.
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

June 9, 2004

Mr. Roger Mayfield
12855 S. Belcher Road
B-8
Largo, FL 33773

Re:   Our Client: Sara S. Echevarria
      Date of Accident: 05/15/2004

Dear Mr. Mayfield:

This firm represents Sara Echevarria for personal injuries sustained in an automobile accident involving the U-Haul vehicle you were operating on May 15, 2004. Please notify your insurance company of this claim and request that they contact me as soon as possible.

Thank you for your cooperation.

Sincerely,

Richard A. DiLiberto, Jr.

RAD:md

WP3:1010053 1                                                                                              63287 1001



# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BRUCE M. STARGATT<br>BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>BRENDAN LINEHAN SHANNON<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P HUGHES, JR<br>EDWIN J HARRON | MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>MATTHEW P. DENN<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br><br>ATHANASIOS E. AGELAKOPOULOS<br>JOSEPH M. BARRY<br>KEVIN M. BAIRD<br>SEAN M. BEACH<br>TIMOTHY P. CAIRNS<br>M. BLAKE CLEARY<br>CURTIS J. CROWTHER<br>ERIN EDWARDS<br>DANIELLE GIBBS<br>SEAN T GREECHER<br>KARA S HAMMOND<br>DAWN M. JONES<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>JOHN C. KUFFEL (MD ONLY)<br>TIMOTHY E. LENGKEEK<br>MATTHEW B. LUNN<br>JOSEPH A MALFITANO<br>GLENN C MANDALAS<br>ADRIA B. MARTINELLI<br>MATTHEW B MCGUIRE<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>JENNIFER R. NOEL<br>JOHN J. PASCHETTO<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>SARA BETH A. REYBURN<br>FRANCIS J. SCHANNE<br>MICHAEL P STAFFORD<br>JOHN E. TRACEY<br>ALFRED VILLOCH, III<br>CHRISTIAN DOUGLAS WRIGHT<br>SHARON M ZIEG | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>WRITER'S DIRECT DIAL NUMBERS<br>VOICE: (302) 571-6657<br>FAX: (302) 576-3290<br><br>E-MAIL: rdiliberto@ycst.com | H. ALBERT YOUNG<br>1929-1982<br><br>H. JAMES CONAWAY, JR.<br>1947-1990<br><br>WILLIAM F TAYLOR<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND<br>SHELDON A. WEINSTEIN<br>OF COUNSEL<br><br>JOHN D. MCLAUGHLIN, JR.<br>SPECIAL COUNSEL<br><br>GEORGETOWN OFFICE<br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338 |

July 22, 2004

Mr. Roger Mayfield
12855 S. Belcher Road
B-8
Largo, FL 33773

   Re: Our Client: Sara S. Echevarria
      Date of Accident: 05/15/2004

Dear Mr. Mayfield:

  I write to follow-up my letter to you dated June 9, 2004, a copy of which is enclosed.

  I have been advised by the insurance company for U-Haul that they are disclaiming coverage for this claim and have advised that your insurance company is responsible for handling this claim. Please contact your insurance company immediately and request that they contact me forthwith.

               Sincerely yours,

               Richard A. DiLiberto, Jr.

RAD:md

WP3:1023144.1                             63287 1001

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

8/26

| | | | |
|---|---|---|---|
| BRUCE M. STARGATT<br>BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>BRENDAN LINEHAN SHANNON<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR | MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>MATTHEW P. DENN<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br><br>ATHANASIOS E. AGELAKOPOULOS<br>JOSEPH M. BARRY<br>KEVIN M. BAIRD<br>SEAN M. BEACH<br>TIMOTHY P. CAIRNS<br>M. BLAKE CLEARY<br>CURTIS J. CROWTHER<br>ERIN EDWARDS<br>DANIELLE GIBBS<br>SEAN T. GREECHER<br>KARA S. HAMMOND<br>DAWN M. JONES<br>RICHARD S. JULIE (NY ONLY)<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>JOHN C. KUFFEL (MD ONLY)<br>TIMOTHY E. LENGKEEK<br>MATTHEW B. LUNN<br>JOSEPH A. MALFITANO<br>GLENN C. MANDALAS<br>ADRIA B. MARTINELLI<br>MATTHEW B. MCGUIRE<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>JENNIFER R. NOEL<br>JOHN J. PASCHETTO<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>SARA BETH A. REYBURN<br>FRANCIS J. SCHANNE<br>MICHAEL P. STAFFORD<br>JOHN E. TRACEY<br>ALFRED VILLOCH, III<br>CHRISTIAN DOUGLAS WRIGHT<br>SHARON M. ZIEG | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>WRITER'S DIRECT DIAL NUMBERS<br>VOICE: (302) 571-6657<br>FAX: (302) 576-3290<br><br>E-MAIL: rdiliberto@ycst.com | H. ALBERT YOUNG<br>1929-1982<br><br>H. JAMES CONAWAY, JR.<br>1947-1990<br><br>WILLIAM F. TAYLOR<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND<br>SHELDON A. WEINSTEIN<br>OF COUNSEL<br><br>JOHN D. MCLAUGHLIN, JR.<br>SPECIAL COUNSEL<br><br>GEORGETOWN OFFICE<br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338 |

August 12, 2004

Mr. Roger Mayfield
12855 S. Belcher Road
B-8
Largo, FL 33773

      Re:    Our Client: Sara S. Echevarria
               Date of Accident: 05/15/2004

Dear Mr. Mayfield:

      May I please have a response to my letter to you dated July 22, 2004, a copy of which is enclosed for your ease of reference. Thank you.

                                  Sincerely,

                                  Richard A. DiLiberto, Jr.

RAD:ncp
Enclosure

WP3:1029471.1                                                                     63287.1001

C

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J. A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR

MAUREEN D. LUKE
ROLIN P. BISSELL
MATTHEW P. DENN
SCOTT A. HOLT
JOHN T. DORSEY

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
KEVIN M. BAIRD
SEAN M. BEACH
TIMOTHY P. CAIRNS
M. BLAKE CLEARY
CURTIS J. CROWTHER
ERIN EDWARDS
IAN S. FREDRICKS (NJ & PA ONLY)
DANIELLE GIBBS
SEAN T. GREECHER
KARA S. HAMMOND
DAWN M. JONES
RICHARD S. JULIE (NY ONLY)
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL (MD ONLY)
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
GLENN C. MANDALAS
ADRIA B. MARTINELLI
MATTHEW B. MCGUIRE
MARIBETH L. MINELLA
EDMON L. MORTON
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
FRANCIS J. SCHANNE
MICHAEL P. STAFFORD
JOHN E. TRACEY
ALFRED VILLOCH, III
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6657
FAX: (302) 576-3290

E-MAIL: rdiliberto@ycst.com

H. ALBERT YOUNG
1929-1982

H. JAMES CONAWAY, JR.
1947-1990

WILLIAM F. TAYLOR
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
SHELDON A. WEINSTEIN
OF COUNSEL

JOHN D. MCLAUGHLIN, JR.
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

August 27, 2004

Mr. Roger Mayfield
12855 S. Belcher Road
B-8
Largo, FL 33773

    Re:    Our Client: Sara S. Echevarria
             Date of Accident: 05/15/2004

Dear Mr. Mayfield:

      May I please have a response to my letters to you dated July 22, 2004, and August 12, 2004, copies of which are enclosed for your ease of reference. Thank you.

                      Sincerely,

                      Richard A. DiLiberto, Jr.

RAD:ncp
Enclosures

WP3:1034489.1                                                                                                63287.1001