IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA,<br><br>          Plaintiff,<br><br>v.<br><br>U-HAUL INTERNATIONAL, INC.,<br>ROGER MAYFIELD, and<br>NATIONWIDE GENERAL INSURANCE<br>COMPANY,<br><br>          Defendants. | Case No.: 05-284 (GMS)<br><br>Removed from Superior Court,<br>New Castle County, Delaware<br>C.A. No.: 05C-03-188 WCC |

## CERTIFICATE OF SERVICE

I, Richard A. DiLiberto, Jr., Esquire, hereby certifies that on this 9th day of June, 2005, a copy of the attached, Plaintiff Sara S. Echevarria's Reply to Defendant U-Haul International, Inc.'s Response to Plaintiff's Motion for Remand was served upon the below-listed individual(s) via e-filing:

>Stephen L. Caponi, Esquire
>Blank Rome, LLP
>Chase Manhattan Centre
>1201 Market Street, Suite 800
>Wilmington, DE 19801
>
>Robert J. Leoni, Esquire
>Morgan Shelsby & Leoni
>131 Continental Drive, Suite 206
>Newark, DE 19713

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Richard A. DiLiberto

Richard A. DiLiberto, Jr. (#2429)
Jennifer M. Kinkus (#4289)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6657
Attorneys for Plaintiffs

Dated: June 9, 2005