

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (302) 425-6408
Fax:    (302) 425-6464
Email:  caponi@blankrome.com

June 13, 2005

The Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

       Re:    Echevarria v. U-Haul International, Inc., *et al.*
               D. Del. C.A. No. 05-284 (GMS)

Dear Judge Sleet:

       I write on behalf of U-Haul International, Inc. to inform the Court that briefing on plaintiff's Motion to Remand was completed on June 9, 2005 and to respectfully request an opportunity to present oral argument in opposition to the Motion. Should the Court determine oral argument is unnecessary, U-Haul requests that it be permitted to file a brief sur-reply, not to exceed 10 pages, addressing several arguments and facts that were raised for the first time in plaintiff's reply papers.

       As always, I am available at the Court's convenience should Your Honor have any question in this regard.

                                    Respectfully,

                                    Steven L. Caponi
                                    (DSBA No. 3484)

SLC/rst

cc:    Frank LoCoco, Esquire
        Richard DiLiberto, Jr., Esquire
        Robert J. Leoni, Esquire