# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR
ROBERT L. THOMAS
WILLIAM D JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S. BRADY
JOEL A WAITE
BRENT C. SHAFFER
DANIEL P JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K MORGAN
C BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P HUGHES, JR
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D LUKE
ROLIN P BISSELL

SCOTT A. HOLT
JOHN T. DORSEY
M BLAKE CLEARY

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
ALISON G.M GOODMAN
SEAN T GREECHER
KARA S HAMMOND
DAWN M JONES
RICHARD S. JULIE
KAREN E KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B LUNN
JOSEPH A MALFITANO
GLENN C MANDALAS
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P STAFFORD
JOHN E TRACEY
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6657
FAX: (302) 576-3290

E-MAIL: rdiliberto@ycst.com

H ALBERT YOUNG
1929-1982

H JAMES CONAWAY, JR
1947-1990

WILLIAM F. TAYLOR
1954-2004

STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
OF COUNSEL

JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
PATRICIA A. WIDDOSS
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

June 15, 2005

The Honorable Gregory M. Sleet
U.S. District Court
    for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:     Echevarria v. U-Haul International, Inc. et al.
                D. Del. C.A. No. 05-284 (GMS)

Dear Judge Sleet:

        I write on behalf of the Plaintiff, Sara S. Echevarria, in the above-captioned case, in response to Mr. Caponi's letter to the Court on June 13, 2005. Regarding Mr. Caponi's request for permission to file a sur-reply responding to Plaintiff's Reply supporting her Motion for Remand, Plaintiff respectfully objects to Mr. Caponi's request.

        There is no provision in either the Federal Rules of Civil Procedure or the Local Rules for the District of Delaware allowing for the filing of a sur-reply. In certain instances, this Court has allowed a sur-reply to be filed, *see e.g., Stiner v. Univ. of Del.*, 243 F. Supp. 2d 106, 116 (D. Del. 2003); however, in a situation where the party had the opportunity in its original filing to argue the issues, the Court may deny permission to file a sur-reply, *Vandenbraak v. Alferi*, 2005 U.S. Dist. LEXIS 9882, at *2 n.2 (D. Del. May 25, 2005) (attached hereto as Ex. A). Additionally, while Plaintiff's reply contained arguments which were not originally raised in the

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Gregory M. Sleet
June 15, 2005
Page 2

Motion for Remand, those "new" arguments were directly in response to the arguments set forth in defendant U-Haul's response. In this situation, a sur-reply is not warranted. *See Webloyalty.com, Inc. v. Consumer Innovations,* 2005 U.S. Dist. LEXIS 791, at * 20-21 (D. Del. Jan. 13, 2005) (attached hereto as Ex. B).

With respect to defendant U-Haul's request for oral argument, Plaintiff has no objection.

I am available at the Court's convenience should Your Honor have any questions in this regard.

Respectfully submitted,

Richard A. DiLiberto, Jr.

RAD:lbc
Enclosures

cc: Steven L. Caponi, Esquire (via e-file)
    Robert J. Leoni, Esquire (via e-file)