# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Delaware

Case Number: 05-CV-284 (GMS)

Plaintiff:
**SARA ECHEVARRIA**

vs.

Defendants:
**U-HAUL INTERNATIONAL, INC., ROGER MAYFIELD, and NATIONWIDE GENERAL INSURANCE COMPANY**

For:
Richard A. Diliberto, Jr., Esqu.
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
Wilmington, DE 19899-0391

Received by CASSIDY & CASSIDY, INC. on the 26th day of June, 2005 at 8:07 pm to be served on **ROGER MAYFIELD, 12855 S. Belcher Road, Suite 2, Largo, Florida 33773**

I, Anthony G. Cassidy, do hereby affirm that on the **21st day of July, 2005** at **12:40 pm, I:**

**Individually Served** the within named person with a true copy of this **Summons in a Civil Case, Notice Pursuant to 10 Del. C. 3112, Complaint, Certificate of Value, Plaintiff's Answers to Form 30 Interrogatories, Plaintiff's Verification to Form 30 Interrogatories, Affidavit of Counsel Pursuant to Rule 3(h) (I) and (II), Plaintiff's First Set of Interrogatories to Defendant, Plaintiff's First Request to Production Directed to Defendants and Exhibits** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Additional Information pertaining to this Service:**
Served at: 2897 A Meadowlake Ave Largo FL

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made. Pursuant to Florida Statute 92.525, no notary is required, and under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

Anthony G. Cassidy
APS# 98-58376

**CASSIDY & CASSIDY, INC.**
**P.O. Box 1155**
**Dunedin, FL 34697**
**(727) 458-4609**

Our Job Serial Number: 2005002112
Ref: 63287.1001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5h

ᵉ᷄AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/21/05      12:40P |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Anthony Cassidy | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2897 A Meadowlake Ave Largo FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/21/05___            _A. G. Cassidy_
　　　　　　　　　　Date　　　　　　　　　　Signature of Server

P.O. Box 1155 Dunedin FL 34697
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.