IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | : |
| Plaintiff, | : Case No.: 05-284 (GMS) |
| v. | : Removed from Superior Court, |
| | : New Castle County, Delaware |
| U-HAUL INTERNATIONAL, INC., | : C.A. No.: 05C-03-188 WCC |
| ROGER MAYFIELD, and | : |
| NATIONWIDE GENERAL INSURANCE | : |
| COMPANY, | : |
| Defendants. | : |

## ORDER

Plaintiff Sara S. Echevarria has moved the Court, pursuant to Federal Rule of Civil Procedure 55(b)(2), to enter judgment by default in favor of Plaintiff and against Defendant Roger L. Mayfield. The record shows that the Complaint was filed on March 16, 2005; that Defendant Mayfield, a Florida resident, was served with the Summons and Complaint on July 21, 2005; and that Defendant Mayfield has not entered his appearance, pleaded or otherwise defended as provided by the Federal Rules of Civil Procedure.

Accordingly, IT IS ORDERED, this ___ day of _____, 2005 that judgment is entered in favor of Plaintiff and against Defendant Roger L. Mayfield.

_____
Judge Gregory M. Sleet

DB01:1633782.1