IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, : <br> : <br> Plaintiff, : Case No.: 05-284 (GMS) <br> : <br> v. : Removed from Superior Court, <br> : New Castle County, Delaware <br> U-HAUL INTERNATIONAL, INC., : C.A. No.: 05C-03-188 WCC <br> ROGER MAYFIELD, and : <br> NATIONWIDE GENERAL INSURANCE : <br> COMPANY, : <br> : <br> Defendants. : | |

### CERTIFICATE OF SERVICE

I, Jennifer M. Kinkus, Esquire, hereby certifies that on this 15th day of August, 2005, a copy of the attached, Plaintiff Sara S. Echevarria's Motion for Default Judgment Against Roger L. Mayfield was served upon the below-listed individual(s) via e-filing:

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

Roger Mayfield
12855 S. Belcher Road, Suite 2
Largo, FL 33773
*(By First Class Mail)*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Richard A. DiLiberto, Jr. (#2429)
Jennifer M. Kinkus (#4289)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6657
Attorneys for Plaintiff

Dated: August 15, 2005

DB01:1619796.1