IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 05-284 GMS |
| ) | |
| v. ) | |
| ) | |
| U-HAUL INTERNATIONAL, INC., ) | TRIAL BY JURY OF |
| ROGER MAYFIELD, and ) | TWELVE DEMANDED |
| NATIONWIDE GENERAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 17th of August, 2005, two copies of the foregoing Defendant, Nationwide General Insurance Company's Response to Plaintiff's Motion For Default Judgment against Co-Defendant Roger Mayfield was served via e-filing to:

Richard A. DiLiberto, Jr., Esquire
*YOUNG CONAWAY STARGATT & TAYLOR, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Steven L. Caponi, Esquire
*BLANK ROME, LLP*
1201 Market Street, Suite 800
Wilmington, DE  19801

Roger Mayfield
12855 S. Belcher Road, Suite 2
Largo, FL 33773
(*Via First Class Mail*)

*MORGAN SHELSBY & LEONI*

*/s/ Robert J. Leoni*
ROBERT J. LEONI, I.D. #2888
Rleoni@mslde.com

131 Continental Drive, Suite 206
Newark, DE  19713
(302) 454-7430
Attorney for Defendant, Nationwide, Nationwide