IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

SARA S. ECHEVARRIA,                        )
                                           )
                Plaintiff,                 )        Case No.: 05-284 (GMS)
                                           )
v.                                         )
                                           )
U-HAUL INTERNATIONAL, INC.,                )
ROGER MAYFIELD, and                        )
NATIONWIDE GENERAL INSURANCE               )
COMPANY,                                   )
                                           )
                Defendants.                )

## NOTICE OF SERVICE

I, Jennifer M. Kinkus, Esquire, hereby certify that on January 6, 2006, a copy of

Plaintiff's Initial Disclosures, together with this Notice of Service were served upon the below-

listed individual(s):

Stephen L. Caponi, Esquire              Robert J. Leoni, Esquire
Blank Rome, LLP                         Morgan Shelsby & Leoni
Chase Manhattan Centre                  131 Continental Drive, Suite 206
1201 Market Street, Suite 800           Newark, DE 19713
Wilmington, DE 19801


YOUNG CONAWAY STARGATT & TAYLOR, LLP

Richard A. DiLiberto, Jr. (#2429)
Jennifer M. Kinkus (#4289)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
rdiliberto@ycst.com
jkinkus@ycst.com
Attorneys for Plaintiff

Dated: January 6, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 05-284 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, and | ) | |
| NATIONWIDE GENERAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Jennifer M. Kinkus, Esquire, hereby certify that on January 6, 2005, I

electronically filed a Notice of Service with the Clerk of the Court using CM/ECF which will

send notification of such filing to the following:

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
*(Via Hand Delivery)*

Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713
*(Via First Class Mail))*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Richard A. DiLiberto, Jr. (#2429)
Jennifer M. Kinkus (#4289)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
rdiliberto@ycst.com
jkinkus@ycst.com
Attorneys for Plaintiff

Dated: January 6, 2006