IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 05-284 (GMS) |
| ) | |
| v. ) | |
| ) | |
| U-HAUL INTERNATIONAL, INC., ) | |
| ROGER MAYFIELD, and ) | |
| NATIONWIDE GENERAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

### SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7 of Civil Practice and Procedure of the U.S. District Court for the District of Delaware, please

WITHDRAW the appearance of Richard A. DiLiberto, Jr., Esquire, and Jennifer M. Kinkus, Esquire, of Young Conaway Stargatt & Taylor, as counsel for plaintiff, Sara Echevarria, and

ENTER the appearance of Roger D. Landon, Esquire, of Murphy Spadaro and Landon, as counsel for plaintiff, Sara Echevarria, in the within action.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Richard A. DiLiberto_

Richard A. DiLiberto, Jr. (#2429)
Jennifer M. Kinkus (#4289)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6657
Attorneys for Plaintiff

Dated: Feb. 10, 2006

Page 2 of 2
Substitution and Withdrawal of Counsel
C.A. No.; 05-284 (GMS)

MURPHY SPADARO & LANDON

_____
Roger D. Landon (#2460)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorney for Plaintiff

Dated: 2-9-06