IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 05-284 GMS |
| ) | |
| U-HAUL INTERNATIONAL, INC., ) | |
| ROGER MAYFIELD, and ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL ) | |
| INSURANCECOMPANY, ) | |
| Defendants. ) | |

**PLAINTIFF'S SECOND SET OF REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT U-HAUL INTERNATIONAL, INC.,**

Pursuant to Superior Court Rule 34, please provide for inspection and/or photocopying the following:

1. All insurance policies providing insurance coverage to Mayfield for any claims made by Plaintiff in this litigation.

**RESPONSE:**

2. The coupler which was attached to the trailer rented to Mayfield.

**RESPONSE:**

3. The trailer rented to Mayfield.

**RESPONSE:**

4. The truck rented to Mayfield.

**RESPONSE:**

5. Photographs of Plaintiff's vehicle, the vehicle rented to Mayfield, the trailer rented to Mayfield and any component parts of the vehicle(s) or trailer(s) rented to Mayfield.

**RESPONSE:**

  6. All repair records for the truck rented to Mayfield.

**RESPONSE:**

  7. All repair records for the trailer rented to Mayfield.

**RESPONSE:**

  8. All maintenance records for the truck rented to Mayfield.

**RESPONSE:**

  9. All maintenance records for the trailer rented to Mayfield.

**RESPONSE:**

  10. The rental agreement or agreements regarding Mayfield's rental of the truck and trailer.

**RESPONSE:**

  11. Any documents provided by Mayfield when he rented the vehicle including, but not limited to, copies of his driver's license or personal insurance information.

**RESPONSE:**

          MURPHY SPADARO & LANDON

          */s/ Roger D. Landon*
          ―――――――――――――――
          ROGER D. LANDON (#2460)
          1011 Centre Road, #210
          Wilmington, DE 19805
          (302) 472-8112
          Attorney for Plaintiff

00129324

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, and | ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL | ) | |
| INSURANCECOMPANY, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 1st day of March, 2006, two copies of **PLAINTIFF'S SECOND SET OF REQUEST FOR PRODUCTION DIRECTED TO DEFENDANTS U-HAUL INTERNATIONAL, INC.** were delivered via e-file to the following individual(s):

Steven L. Caponi, Esq.
Blank Rome LLP
1201 Market Street, #800
Wilmington, DE  19801

Robert J. Leoni, Esq.
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE  19804

00129324

        MURPHY SPADARO & LANDON

        */s/ Roger D. Landon*

        _____
        ROGER D. LANDON, No. 2460
        1011 Centre Road, #210
        Wilmington, DE 19805
        (302) 472-8112
        Attorney for Plaintiff

00129324