# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

ROGER D. LANDON
DIRECT DIAL: (302) 472-8112

March 1, 2006

**VIA E-FILE**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, DE  19801

Re:   *Sara S. Echevarria v. U-HAUL International, Inc., et al.*
      United States District Court, District of Delaware, No. 05-284 GMS
      **MS&L File No. 06-0227**

Dear Judge Sleet:

Attached is a proposed Scheduling Order submitted jointly by all parties.

Respectfully,

Roger D. Landon

RDL/dmw
Enclosure
Cc:   Steven L. Caponi, Esq.
      Robert J. Leoni, Esq.

00129354