IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 05-284 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | TRIAL BY JURY OF |
| ROGER MAYFIELD, and | ) | TWELVE DEMANDED |
| NATIONWIDE GENERAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition of Darlene Wynne, Hamid Homeli, and Paulette Smoak on **Monday, March 13, 2006 at 1:00 p.m., 1:30 p.m. and 2:00 p.m. respectively** in the offices of Robert J. Leoni, Esquire, of Morgan, Shelsby & Leoni, 221 Main Street, Stanton, Delaware 19804.

Respectfully Submitted,

MORGAN SHELSBY & LEONI

*/s/ Robert J. Leoni*
ROBERT J. LEONI, I.D. #2888
Rleoni@mslde.com

221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorney for Defendant, Nationwide

Date: 03/01/06
Cc:    Esquire Deposition Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 05-284 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, and | ) | TRIAL BY JURY OF |
| NATIONWIDE GENERAL INSURANCE | ) | TWELVE DEMANDED |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE

I HEREBY CERTIFY on this 1st day of March 2006 two copies of the foregoing Notice of Records Deposition were served upon the parties in this action, by first-class, postage prepaid mail.

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Steven L. Caponi, Esquire
*BLANK ROME, LLP*
1201 Market Street, Suite 800
Wilmington, DE 19801

Frank Lococo, Esquire
Quarles & Brady
411 East Wisconsin Avenue
Milwaukee, WI 53202-4497

    Respectfully Submitted,

    MORGAN SHELSBY & LEONI

    */s/ Robert J. Leoni*
    ROBERT J. LEONI, I.D. #2888

    Rleoni@mslde.com
    221 Main Street
    Stanton, DE 19804
    (302) 995-6210
    Attorney for Defendant, Nationwide