IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 05-284 GMS |
| ) | |
| U-HAUL INTERNATIONAL, INC., ) | |
| ROGER MAYFIELD, and ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that Defendants do not object to Plaintiff filing the Amended Complaint attached hereto. Counsel for Defendant U-HAUL International, Inc. agrees to accept service of the Amended Complaint on behalf of all named U-HAUL entity defendants.

| MURPHY SPADARO & LANDON | BLANK ROME, LLP |
|---|---|
| */s/ Roger D. Landon* | */s/ Steven L. Caponi* |
| Roger D. Landon (#2460) | Steven L. Caponi (#3484) |
| 1011 Centre Road, #210 | Chase Manhattan Centre |
| Wilmington, DE 19805 | 1201 Market Street, Suite 800 |
| (302) 472-8112 | Wilmington, Delaware 19801 |
| Attorney for Plaintiff | (302) 425-6408 |
| | Attorneys for Defendant U-Haul International, Inc. |

00129309

MORGAN SHELBY & LEONI, PC

*/s/ Robert J. Leoni*
_____
Robert J. Leoni (#2888)
221 Main Street
Stanton, Delaware 19804
(302) 995-6121
Attorneys for Defendant Nationwide Insurance Company

Dated: March 9, 2006

        SO ORDERED, this _____ day of _____, 200__.

                              _____
                              Judge Gregory M. Sleet