IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | : |
|     Plaintiff, | : |
| v. | :   Case No.: 05-284 (GMS) |
| U-HAUL INTERNATIONAL, INC., ROGER MAYFIELD, NATIONWIDE GENERAL INSURANCE COMPANY, U-HAUL CO. OF ARIZONA, U-HAUL CO. OF COLORADO and U-HAUL CO. OF FLORIDA, | : |
|     Defendants. | : |

**NOTICE OF DEPOSITION**

**TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Defendants, U-Haul International, Inc.; U-Haul Co. of Arizona; U-Haul Co. of Colorado and U-Haul Co. of Florida will take the oral deposition of SARA S. ECHEVARRIA on the 19th day of May, 2006, beginning at 9:00 a.m. at the offices of MURPHY SPADARO & LANDON located at 1011 Centre Road, Suite 210, Wilmington, DE 19805 before a court reporter. You are invited to attend and cross-examine the witness.

BLANK ROME LLP

By: _____
Steven L. Caponi (DE ID No. 3483)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Defendants, U-Haul International, Inc.; U-Haul Co.
of Arizona; U-Haul Co. of Colorado and U-Haul
Co. of Florida

123128.00601/40160646v.1

OF COUNSEL

Francis H. LoCoco
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122
Telephone: (414) 277-5341
Facsimile: (414) 978-8841

Monica M. Tynan
QUARLES & BRADY LLP
Citicorp Center
500 W. Madison Street, Suite 3700
Chicago, IL 60661-2511
Telephone: (312) 715-5000
Facsimile: (312) 715-5155

March 17, 2006

123128.00601/40160646v.1

## CERTIFICATE OF SERVICE

I, Steven L. Caponi, do hereby certify that on this 17th day of March, 2006, I caused true and correct copy of the foregoing **NOTICE OF DEPOSITION** to be served on the following via LexisNexis.

Robert J. Leoni
Michael J. Logullo
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

Roger D. Landon
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

_____
Steven L. Caponi (DE ID No. 3483)

123128.00601/40160646v.1