## CERTIFICATE OF SERVICE

I, Steven L. Caponi, hereby certify that on this 7th day of April, 2006, true and correct copies of Defendant U-Haul International, Inc.'s Answers and Affirmative Defenses to the Amended Complaint were served electronically and in the manners indicated upon:

**BY FIRST CLASS MAIL**
Roger D. Landon
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

**BY FIRST CLASS MAIL**
Robert J. Leoni
Michael J. Logullo
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

Steven L. Caponi (# 3484)

123128.00601/40161237v.1