## CERTIFICATE OF SERVICE

I, Steven L. Caponi, hereby certify that on this 7th day of April, 2006, true and correct copies of Defendant U-Haul Co. of Colorado's Answers and Affirmative Defenses to the Amended Complaint were served electronically and in the manners indicated upon:

| **BY FIRST CLASS MAIL** | **BY FIRST CLASS MAIL** |
|---|---|
| Roger D. Landon | Robert J. Leoni |
| Murphy, Spadaro & Landon | Michael J. Logullo |
| 1011 Centre Road | Morgan Shelsby & Leoni |
| Suite 210 | 131 Continental Drive, Suite 206 |
| Wilmington, DE 19805 | Newark, DE 19713 |

Steven L. Caponi (# 3484)

123128.00601/40161237v.1