IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA,<br><br>          Plaintiff,<br><br>v.<br><br>U-HAUL INTERNATIONAL, INC., ROGER MAYFIELD, and NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>          Defendants. | :<br>:<br>:<br>:  Case No.: 05-284 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 14th day of April, 2006, true and correct copies of *U-Haul International, Inc.'s Responses to Plaintiff's First Request for Production Directed to Defendants* and *U-Haul International, Inc.'s Answers to Plaintiff's First Set of Interrogatories* were served via electronic filing and U.S. Mail upon the following counsel of record:

Roger D. Landon, Esquire
**Murphy, Spadaro & Landon**
1011 Centre Road
Suite 210
Wilmington, DE 19805

Dated: April 17, 2006

Of Counsel:
Francis H. LoCoco
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497
Telephone: 414.277.5000
Facsimile:    414.271.3552

Robert J. Leoni, Esquire
Michael J. Logullo
**Morgan Shelsby & Leoni**
131 Continental Drive, Suite 206
Newark, DE 19713

_____
Steven L. Caponi (DE ID No. 3484)
**Blank Rome LLP**
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: 302.425.6408
Facsimile:    302.428.5106

Attorneys for U-Haul International, Inc.