IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 05-284 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | TRIAL BY JURY OF |
| ROGER MAYFIELD, and | ) | TWELVE DEMANDED |
| NATIONWIDE GENERAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF RECORDS DEPOSITION *

PLEASE TAKE NOTICE that the undersigned will take the deposition of the following on May 26, 2006 at 2:00 p.m. in the offices of Robert J. Leoni, Esquire, of Morgan, Shelsby & Leoni, 221 Main Street, Stanton, Delaware 19804:

Records Custodian of:

Republic Western Insurance Company
2721 N. Central Avenue
Phoenix, AZ 85004-1163

Records * Duces Tecum - Each deponent is to bring with him documents in his possession pertaining to file number 02393161 including a copy of the complete claim file, complete underwriting file, and a certified copy of the policy. **Appearance at the scheduled deposition will be waived if each deponent furnishes the subpoenaed documents to Robert J. Leoni, Esquire, on or before May 26, 2006.**

Respectfully Submitted,

MORGAN SHELSBY & LEONI

/s/ Robert J. Leoni
ROBERT J. LEONI, I.D. #2888
Rleoni@mslde.com

221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorney for Defendant, Nationwide

Date: 4/18/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 05-284 GMS |
| | ) | |
| v. | ) | |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | TRIAL BY JURY OF |
| ROGER MAYFIELD, and | ) | TWELVE DEMANDED |
| NATIONWIDE GENERAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY on this 18th day of April 2006 two copies of the foregoing Notice of Records Deposition were served upon the parties in this action, by first-class, postage prepaid mail.

Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Steven L. Caponi, Esquire
*BLANK ROME, LLP*
1201 Market Street, Suite 800
Wilmington, DE 19801

Frank Lococo, Esquire
Quarles & Brady
411 East Wisconsin Avenue
Milwaukee, WI 53202-4497

                                                            Respectfully Submitted,

                                                             MORGAN SHELSBY & LEONI

                                                             */s/ Robert J. Leoni*
                                                             ROBERT J. LEONI, I.D. #2888

                                                             Rleoni@mslde.com
                                                             221 Main Street
                                                             Stanton, Delaware 19804
                                                             (302) 995-6210
                                                             Attorney for Defendant, Nationwide