IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U-HAUL INTERNATIONAL, INC., ) <br> ROGER MAYFIELD, ) <br> NATIONWIDE GENERAL ) <br> INSURANCE COMPANY, U-HAUL ) <br> CO. OF ARIZONA, U-HAUL CO. OF ) <br> COLORADO and U-HAUL CO. OF ) <br> FLORIDA, ) <br> ) <br> Defendants. ) <br> ) | NO.: 05-284 GMS <br><br> TRIAL BY JURY DEMANDED |

## NOTICE OF DEPOSITION

TO:   Stephen L. Caponi, Esquire          Robert J. Leoni, Esquire
       Blank Rome, LLP                       Michael J. Logullo, Esquire
       Chase Manhattan Centre            Morgan Shelsby & Leoni
       1201 Market Street, Suite 800      131 Continental Drive, Suite 206
       Wilmington, DE 19801             Newark, DE 19713

       Francis H. LoCoco, Esquire
       Quarles & Brady LLP
       411 East Wisconsin Avenue
       Milwaukee, WI 53122

      PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), counsel for plaintiff Roger D. Landon will take the deposition on oral examination of Roger Mayfield. The deposition will proceed at 2451 McMullen Booth Road, Suite 200, Clearwater, FL 33759, beginning at 10:00 a.m. on July 26, 2006, and continuing from day to day, during normal business hours, until completed.

131956

                    MURPHY SPADARO & LANDON

                    /s/ Philip T. Edwards
                    PHILIP T. EDWARDS, No. 4393
                    ROGER D. LANDON, No. 2460
                    1011 Centre Road, #210
                    Wilmington, DE 19805
                    (302) 472-8112
                    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, | ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL | ) | |
| INSURANCE COMPANY, U-HAUL | ) | |
| CO. OF ARIZONA, U-HAUL CO. OF | ) | |
| COLORADO and U-HAUL CO. OF | ) | |
| FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Philip T. Edwards, Esq., do hereby certify that on this 25th day of May, 2006, copies of the foregoing **NOTICE OF DEPOSITION** were delivered via electronic filing to the following individual(s):

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esquire
Michael J. Logullo, Esquire
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

Francis H. LoCoco, Esquire
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122

131956

3

MURPHY SPADARO & LANDON

/s/ Philip T. Edwards
PHILIP T. EDWARDS, No. 4393
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorneys for Plaintiff

131956

4