IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, | ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL | ) | |
| INSURANCE COMPANY, U-HAUL | ) | |
| CO. OF ARIZONA, U-HAUL CO. OF | ) | |
| COLORADO and U-HAUL CO. OF | ) | |
| FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DEPOSITION

TO:  Stephen L. Caponi, Esquire             Robert J. Leoni, Esquire
     Blank Rome, LLP                         Michael J. Logullo, Esquire
     Chase Manhattan Centre                  Morgan Shelsby & Leoni
     1201 Market Street, Suite 800           131 Continental Drive, Suite 206
     Wilmington, DE 19801                    Newark, DE 19713

     Francis H. LoCoco, Esquire
     Quarles & Brady LLP
     411 East Wisconsin Avenue
     Milwaukee, WI 53122

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), counsel for plaintiff Roger D. Landon will take the deposition on oral examination of Todd Rarick. The deposition will proceed at 2451 McMullen Booth Road, Suite 200, Clearwater, FL 33759, beginning at 10:00 a.m. on July 26, 2006, and continuing from day to day, during normal business hours, until completed.

00132673

MURPHY SPADARO & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE  19805
(302) 472-8112
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 05-284 GMS |
| ) | |
| U-HAUL INTERNATIONAL, INC., ) | |
| ROGER MAYFIELD, ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL ) | |
| INSURANCE COMPANY, U-HAUL ) | |
| CO. OF ARIZONA, U-HAUL CO. OF ) | |
| COLORADO and U-HAUL CO. OF ) | |
| FLORIDA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 21st day of June, 2006, copies of the foregoing **NOTICE OF DEPOSITION** were delivered via electronic filing to the following individual(s):

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esquire
Michael J. Logullo, Esquire
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

Francis H. LoCoco, Esquire
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122

                    MURPHY SPADARO & LANDON

                    <u>/s/ Roger D. Landon</u>
                    ROGER D. LANDON, No. 2460
                    1011 Centre Road, #210
                    Wilmington, DE  19805
                    (302) 472-8112
                    Attorneys for Plaintiff