IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 05-284 GMS |
| | ) |
| U-HAUL INTERNATIONAL, INC., | ) |
| ROGER MAYFIELD, | ) TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL | ) |
| INSURANCE COMPANY, U-HAUL | ) |
| CO. OF ARIZONA, U-HAUL CO. OF | ) |
| COLORADO and U-HAUL CO. OF | ) |
| FLORIDA, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF RULE 30(b)(6) DEPOSITION(S) *DUCES TECUM*
OF U-HAUL COMPANY OF FLORIDA**

TO: Stephen L. Caponi, Esquire           Robert J. Leoni, Esquire
    Blank Rome, LLP                       Michael J. Logullo, Esquire
    Chase Manhattan Centre                Morgan Shelsby & Leoni
    1201 Market Street, Suite 800         221 Main Street
    Wilmington, DE 19801                  Stanton, DE 19804

    Francis H. LoCoco, Esquire
    Quarles & Brady LLP
    411 East Wisconsin Avenue
    Milwaukee, WI 53122

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), counsel for plaintiff will take the deposition(s) *duces tecum* upon oral examination of a corporate designee of U-HAUL Company of Florida by one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf, with respect to matters known or reasonably available to U-HAUL Company of Florida as set forth in the attached Appendix to Notice of Rule 30(b)(6) Deposition(s) Duces Tecum of U-HAUL Company of Florida. The deposition(s) will proceed at 2451 McMullen

00132675

Booth Road, Suite 200, Clearwater, FL 33759, beginning at 11:00 a.m. on July 26, 2006, and continuing from day to day, during normal business hours, until completed.

                                        MURPHY SPADARO & LANDON

                                        /s/ Roger D. Landon
                                        ROGER D. LANDON, No. 2460
                                        1011 Centre Road, #210
                                        Wilmington, DE  19805
                                        (302) 472-8112
                                        Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, | ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL | ) | |
| INSURANCE COMPANY, U-HAUL | ) | |
| CO. OF ARIZONA, U-HAUL CO. OF | ) | |
| COLORADO and U-HAUL CO. OF | ) | |
| FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 22nd day of June, 2006, copies of the foregoing **NOTICE OF DEPOSITION** were delivered via electronic filing to the following individual(s):

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esquire
Michael J. Logullo, Esquire
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE 19804

Francis H. LoCoco, Esquire
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122

00132675

        MURPHY SPADARO & LANDON


        /s/ Roger D. Landon
        ROGER D. LANDON, No. 2460
        1011 Centre Road, #210
        Wilmington, DE 19805
        (302) 472-8112
        Attorney for Plaintiff

APPENDIX TO NOTICE OF RULE 30(b)(6) DEPOSITION(S)
DUCES TECUM OF U-HAUL COMPANY OF FLORIDA

DOCUMENTS AND THINGS REQUESTED

It is requested that at the deposition U-HAUL Company of Florida produce for inspection and copying all of the following documents and things in its possession, custody or control:

1. All documents relating to the rental of the vehicle and trailer from U-HAUL Company of Florida to Roger Mayfield;

2. All documents relating to the maintenance and/or inspection of the vehicle and trailer rented to Mayfield;

3. All documents relating to any training provided to Roger Mayfield regarding the operation and use of the vehicle and/or trailer which are the subjects of this lawsuit;

4. All documents relating to U-HAUL Company of Florida's knowledge of any prior problems regarding detachments of trailers with the particular type of trailer coupler which is the subject of this lawsuit;

5. All documents relating to any insurance coverage provided to Mayfield in conjunction with the rental of the vehicle and trailer to him;

6. All documents relating to any investigation of the cause of the trailer detachment which is the subject of this lawsuit.

MATTERS FOR EXAMINATION

The deponent(s) should be prepared to testify concerning all responsive information available to U-HAUL Company of Florida related to the following subjects:

1. The Amended Complaint filed in the referenced matter;

2. The Answer of U-HAUL of Florida to the Amended Complaint in the referenced matter;

3. The rental agreement between U-HAUL Company of Florida and Roger Mayfield;

4. The policies and procedures of U-HAUL Company of Florida for maintenance and/or inspection of all vehicles and/or trailers including the vehicle and/or trailer which are the subjects of this lawsuit;

00132675

5. The training by U-HAUL Company of Florida of renters, including Roger Mayfield, regarding the operation and use of the types of vehicles and/or trailers which are the subjects of this lawsuit;

6. Knowledge by U-HAUL Company of Florida of any prior problems regarding detachments of trailers with the particular type of trailer coupler which is the subject of this lawsuit;

7. The existence and contents of all documents requested to be produced in the *duces tecum* to this deposition notice;

8. Any investigation or determination of the cause of the detachment of the trailer from the vehicle operated by Mayfield.

00132675