IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 05-284 GMS |
| U-HAUL INTERNATIONAL, INC., ROGER ) | |
| MAYFIELD, NATIONWIDE GENERAL ) | |
| INSURANCE COMPANY, U-HAUL CO. OF ) | TRIAL BY JURY DEMANDED |
| ARIZONA, U-HAUL CO. OF COLORADO ) | |
| and U-HAUL CO. OF FLORIDA, ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF FRANCIS H. LoCOCO**

STATE OF WISCONSIN    )
                      ) ss
MILWAUKEE COUNTY      )

FRANCIS H. LoCOCO, being first duly sworn, on oath, deposes and states as follows:

1. I am an attorney at Quarles & Brady LLP, counsel of record and lead trial attorney for defendants U-Haul International, Inc., U-Haul Co. of Arizona, U-Haul Co. of Colorado and U-Haul Co. of Florida (hereinafter "U-Haul Defendants") in this matter and I make this affidavit upon personal knowledge being duly authorized to do so.

2. The trial in this matter is expected to last three to four days.

3. The U-Haul Defendants request a continuance of the April 9, 2007 trial date due to a conflicting trial in the case entitled *Daboura v. The Raymond Corporation. et al.*, No. 2004-C-0900, pending in the Court of Common Pleas of Lehigh County, Pennsylvania.

4. I am the lead trial attorney for The Raymond Corporation in the *Daboura* matter.

5. Judge J. Brian Johnson recently scheduled the trial in the *Daboura* case to begin on April 9, 2007. The *Daboura* trial is expected to last two to three weeks.

6. At the June 19, 2006 case management conference, I advised Judge Johnson that the trial in this matter was already scheduled to begin on April 9, 2007.

7. Judge Johnson advised us that his schedule is such that there are no other possible dates on his calendar to accommodate the possibly three-week long trial in the *Daboura* matter. Judge Johnson further advised us that I should request a continuance from Judge Sleet and he invited Judge Sleet to contact him to discuss this conflict, if necessary.

8. I have discussed this request for a trial continuance with Plaintiff's counsel and counsel for defendant Nationwide Insurance Co. and they do not object to the continuance of the trial unless the new date is one after April 9, 2007.

_____
Francis H. LoCoco

Subscribed and sworn to before me
this 10th day of August, 2006

_____
Notary Public, State of Wisconsin
My Commission : 7-1-07