## CERTIFICATE OF SERVICE

I, Steven L. Caponi, hereby certify that on this 14th day of August, 2006, true and correct copies of Defendants U-Haul International, Inc., U-Haul Co. of Arizona, U-Haul Co. of Colorado and U-Haul Co. of Florida's Motion to Continue Trial was served via electronic filing upon the following counsel:

| | |
|---|---|
| Roger D. Landon | Robert J. Leoni |
| Murphy, Spadaro & Landon | Michael J. Logullo |
| 1011 Centre Road | Morgan Shelsby & Leoni |
| Suite 210 | 131 Continental Drive, Suite 206 |
| Wilmington, DE 19805 | Newark, DE 19713 |

/s/ Steven L. Caponi
Steven L. Caponi (# 3484)