IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | : |
| Plaintiff, | : Case No.: 05-284 (GMS) |
| v. | : |
| U-HAUL INTERNATIONAL, INC., ROGER MAYFIELD, and NATIONWIDE GENERAL INSURANCE COMPANY, | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 1st day of September, 2006, true and correct copies of *Defendant U-Haul International, Inc.'s Answers to Plaintiff's Second Set of Interrogatories* and *Defendant U-Haul International, Inc.'s Answers to Plaintiff's Second Set of Request for Production* were served via e-mail and U.S. Mail upon the following counsel of record:

Roger D. Landon, Esquire
**Murphy, Spadaro & Landon**
1011 Centre Road
Suite 210
Wilmington, DE 19805

Robert J. Leoni, Esquire
Michael J. Logullo
**Morgan Shelsby & Leoni**
131 Continental Drive, Suite 206
Newark, DE 19713

Dated: September 1, 2006

_____
Steven L. Caponi (DE ID No. 3484)
**Blank Rome LLP**
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:  302-425-6408
Facsimile:   302-428-5106
Attorneys for U-Haul International, Inc.

Of Counsel:
Francis H. LoCoco
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497