

Phone:   (302) 425-6408
Fax:     (302) 428-5106
Email:   caponi@blankrome.com

October 10, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 19
Wilmington DE 19801

> RE: *Sara S. Echevarria v. U-Haul International, Inc., et al.*
> United States District Court, District of Delaware, No. 05-284 GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for October 17, 2006 at 12:45 p.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Defendant's Issues:**

- Plaintiff's failure to produce certain counseling records

**Plaintiff's Issues:**

- U-Haul's failure to provide contact information for prior renters.

Respectfully submitted,

Steven L. Caponi

SLC:mes

cc: Clerk of the Court (via electronic filing)
    Roger D. Landon, Esquire (via electronic filing)
    Robert D. Leoni, Esquire (via electronic filing)