IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

SARA S. ECHEVARRIA, :
: 
      Plaintiff, : Case No.: 05-284 (GMS)
:
v. :
:
U-HAUL INTERNATIONAL, INC., ROGER :
MAYFIELD, and NATIONWIDE GENERAL :
INSURANCE COMPANY, :
:
      Defendants. :

## NOTICE OF SERVICE

TO:

| | |
|---|---|
| Roger D. Landon, Esquire | Robert J. Leoni, Esquire |
| **Murphy, Spadaro & Landon** | Michael J. Logullo |
| 1011 Centre Road | **Morgan Shelsby & Leoni** |
| Suite 210 | 131 Continental Drive, Suite 206 |
| Wilmington, DE 19805 | Newark, DE 19713 |

PLEASE TAKE NOTICE that on the 25th day of September, 2006, a Subpoena in a Civil Case issued by the United States District Court for the Middle District of Florida was served upon Roger Mayfield. A true and correct copy of the subpoena and Affidavit of Service are attached hereto as Exhibit A.

Dated: October 10, 2006

                Steven L. Caponi (DE ID No. 3484)
                **Blank Rome LLP**
                1201 Market Street, Suite 800
                Wilmington, DE 19801
                Telephone:   302-425-6408
                Facsimile:     302-428-5106
                Attorneys for U-Haul International, Inc.

Of Counsel:
Francis H. LoCoco
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497

# EXHIBIT A

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
MIDDLE   DISTRICT OF   FLORIDA

SARA S. ECHEVARRIA,
V.
U-HAUL INTERNATIONAL, INC., et al.

**SUBPOENA IN A CIVIL CASE**

Case No:[1]   05-284-GMS
For the District of Delaware

TO:   Roger Mayfield
2897 Meadow Lake Avenue, Apt. A
Largo, Florida   33771-2691

Gietzen & Associates
ORIGINAL PROCESS

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case, which will be videotaped.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Summit Executive Office, 13575 58th Street North, Suite 200, Clearwater, Florida 33760 (727.538.4100) | 11/29/06 at 10 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR | DATE |
|---|---|
| /s/ Attorney for U-Haul International, Inc., et al. | 8/31/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Steven L. Caponi, Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801   Phone: 302.425.6408

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## AFFIDAVIT OF SERVICE

**State of Florida**   **County of MIDDLE**   **District Court**

Case Number: 05-284-GMS   Court Date: 11/29/2006

Plaintiff:
**SARA S. ECHEVARRIA**

vs.

Defendant:
**U-HAUL INTERNATIONAL, INC ET AL**

For:
Monica M. Tynan
QUARLES & BRADY
500 West Madison Street
Suite 3700
Chicago, IL 60661

Received by GIETZEN & ASSOCIATES on the 19th day of September, 2006 at 10:31 am to be served on **ROGER MAYFIELD, 2897 MEADOW LAKE AVENUE, APT A, LARGO, FL 33771-2691**.

I, Lynda S. Herbranson #48384, being duly sworn, depose and say that on the **25th day of September, 2006** at **8:23 pm**, I:

**Individually Served** the within named person with a true copy of this **SUBPOENA IN A CIVIL CASE, WITNESS FEE 65.00** with the date and hour endorsed thereon by me, pursuant to State Statutes.

I further certify that I am over the age of 18, have no interest in the above action, and am authorized to serve process in the circuit/county it was delivered to.

Subscribed and Sworn to before me on the 26th day of September, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Desarae Gietzen
My Commission DD507760
Expires 03/20/2010

Lynda S. Herbranson #48384
Process Server

**GIETZEN & ASSOCIATES**
1302 North Marion Street
Tampa, FL 33602
(813) 223-3233

Our Job Serial Number: 2006003624

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j