IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-284 GMS |
| ) | |
| U-HAULS INTERNATIONAL, INC., ) | |
| ROGER MAYFIELD, and ) | |
| NATIONWIDE GENERAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 14th day of November, 2006, two true and correct copies of the foregoing *Defendant U-Haul International, Inc.'s Responses to Nationwide Insurance Company's Request for Production* were delivered via U.S. Mail to the following individuals:

Roger D. Landon
Murphy Spadaro & Landon
1011 Centre Road, #210
Wilmington, DE  19805

Robert J. Leoni
Morgan Shelsby & Leoni
221 Main Street
Stanton, DE  19804

_/s/ Steven L. Caponi_
Steven L. Caponi (DE ID 3484)
**BLANK ROME LLP**
1201 Market Street
Suite 800
Wilmington, DE  19801
(302) 425-6400
(302) 425-6464 (Fax)

Attorneys for Defendant
U-Haul International, Inc.