IN THE UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 05-284 GMS |
| | ) | |
| v. | ) | |
| | ) | NON-ARBITRATION CASE |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, and NATIONWIDE | ) | TRIAL BY JURY OF |
| GENERAL INSURANCE COMPANY | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | E-FILE |

NOTICE OF RECORDS DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the records deposition of the following on December 18, 2006 at 3:30 p.m. in the offices of Shelsby & Leoni, 221 Main Street, Stanton, Delaware.

Records Custodian of:

Adoption House, Inc.
3411 Silverside Road
Wilmington, DE 19810

SHELSBY & LEONI

 /s/ Robert J. Leoni
Robert J. Leoni
Bar ID # 2888
221 Main Street
Stanton, DE 19804
(302) 995-6210
Attorney for Defendant

Dated: November 20, 2006

IN THE UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 05-284 GMS |
| | ) | |
| v. | ) | |
| | ) | NON-ARBITRATION CASE |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, and NATIONWIDE | ) | TRIAL BY JURY OF |
| GENERAL INSURANCE COMPANY | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | E-FILE |

<u>NOTICE OF SERVICE</u>

I HEREBY SERVE NOTICE, on this 20th day of November, 2006, that I served two copies of the foregoing Notice of Records Deposition upon the following by electronic filing:

Roger D. Landon, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington , DE 19805

Richard A. DiLiberto, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Steven L. Caponi, Esq.
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

                                          SHELSBY & LEONI

                                          */s/ Robert J. Leoni*
                                          Robert J. Leoni
                                          Bar ID # 2888
                                          221 Main Street
                                          Stanton, DE 19804
                                          (302) 995-6210
                                          Attorney for Defendant