# EXHIBIT "A"

EXHIBIT "A"

```
                         SUPERIOR COURT - NEW CASTLE COUNTY
                              AS OF 11/16/2006                        PAGE     1

     05C-03-188
     FILED  March 16,2005              PERSONAL INJURY AUTO
     JUDGE:  WCC                       NON ARBITRATION
     STATUS:  CLO   E-FILED: YES       JURY TRIAL

DILIBERTO RICHARD A. JR. SARA S. ECHEVARRIA
                                 -- VS --
                    U-HAUL INTERNATIONAL, INC.,
                    ROGER MAYFIELD,
                    AND
                    NATIONWIDE GENERAL INSURANCE COMPANY
          ********************************************************
          *************************E-FILED***********************
          ********************************************************

     03/16/2005     1   INITIAL COMPLAINT - PERSONAL INJURY-AUTO
                        CERTIFICATE OF VALUE
                        FORM 30 INTERROGATORIES
                        RULE 3H
                        ATTY: RICHARD DILIBERTO, JR., ESQ.

     03/23/2005         SUMMONS SENT TO SHERIFF FOR SERVICE ON
                        U-HAUL

     03/23/2005         SUMMONS SENT TO SHERIFF FOR SERVICE ON
                        ROGER MAYFIELD

     03/23/2005         SUMMONS SENT TO SHERIFF FOR SERVICE ON
                        NATIONWIDE GENERAL

     04/18/2005     2   WRIT RETURNED
                        SERVED U-HAUL INTERNATIONAL, INC.
                        BY SERVING SECRETARY OF STATE ON 03/28/05.
                        10 DEL. C. 3104.

     04/29/2005     3   AMENDMENT TO THE COMPLAINT PURSUANT TO 10 DEL.C. $3104
                        SENT NOTICE BY REGISTERED MAIL TO THE DEFT. U-HAUL
                        ON 04/20/2005 TO: C/O CT CORPORATION SYSTEM
                                          3225 N. CENTRAL AVENUE
                                          PHOENIX, AZ 85012, RETURN RECEIPT
                        ATTACHED. RECEIPT RETURNED SIGNED BY ILLEGIBLE
                        SIGNATURE. ORIGINAL RECEIPTS ATTACHED

     05/10/2005     4   DEFT. U-HAUL'S NOTICE OF PETITION FOR REMOVAL TO
                        DISTRICT COURT

     05/16/2005     5   WRIT RETURNED
                        SERVED U-HAUL INTERNATIONAL, INC.
                        BY SERVING SECRETARY OF STATE ON 04-04-05.
                        10 DEL. C. 3104.

     05/16/2005     5   WRIT RETURNED
                        SERVED ROGER MAYFIELD
                        BY SERVING SECRETARY OF STATE ON 04-04-05.
                        10 DEL. C. 3112.
```