# EXHIBIT "B"

5

Duplicate

## Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS, COMPLAINT AND INTERROGATORIES

this day, Monday, April 4, 2005, personally upon HARRIET SMITH WINDSOR, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

ROGER MAYFIELD

and a copy of the Complaint for the said defendant, together with the sum of $ 2.00 Dollars, as prescribed by Section 3112 of Title 10 of the Delaware Code of 1978.

So Answers,

*Jim Higdon*

Jim Higdon
Sheriff of Kent County

5/16/05