## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 05-284 (GMS) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| U-HAUL INTERNATIONAL INC. ROGER MAYFIELD, and NATIONWIDE GENERAL INSURANCE COMPANY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court, having considered Defendant Mayfield's Motion to Vacate Entry of Default Judgment; IT IS HEREBY ORDERED that:

1. Defendant Mayfield's Motion is GRANTED;

2. The Court's Entry of Default Judgment against Defendant Mayfield is VACATED;

3. The action against Defendant Mayfied is DISMISSED without prejudice for Plaintiff's failure to effectuate timely service upon him.

Dated: _____, 2006

_____
The Honorable Gregory M. Sleet
United States District Court Judge