IN THE UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 05-284 GMS |
| | ) | |
| v. | ) | |
| | ) | NON-ARBITRATION CASE |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, and NATIONWIDE | ) | TRIAL BY JURY OF |
| GENERAL INSURANCE COMPANY | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | E-FILE |

NOTICE OF RECORDS DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the records deposition of the following on December 15, 2006 at 2:00 p.m. in the offices of Shelsby & Leoni, 221 Main Street, Stanton, Delaware.

Records Custodian of:

Payroll Management Assistance
153 E. Chestnut Hill Road
Newark, DE 19713

Records * Duces Tecum - Each deponent is to bring with him documents in his possession pertaining SARA S. ECHEVARRIA, (date of birth          ; social security number            ) correspondence, reports, office notes, radiological reports, patient information, evaluations reports and if applicable, any and all employment records.  **Appearance at the scheduled deposition will be waived if each deponent furnishes the subpoenaed documents Robert J. Leoni, Esquire, on or before DECEMBER 15, 2006.**

SHELSBY & LEONI


　　　　　　　　　　　　　　　　　　/s/ Robert J. Leoni
　　　　　　　　　　　　　　　　　　Robert J. Leoni
　　　　　　　　　　　　　　　　　　Bar ID # 2888
　　　　　　　　　　　　　　　　　　221 Main Street
　　　　　　　　　　　　　　　　　　Stanton, DE 19804
　　　　　　　　　　　　　　　　　　(302) 995-6210
　　　　　　　　　　　　　　　　　　Attorney for Defendant

Dated: December 13, 2006

IN THE UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. NO. 05-284 GMS |
| | ) | |
| v. | ) | |
| | ) | NON-ARBITRATION CASE |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, and NATIONWIDE | ) | TRIAL BY JURY OF |
| GENERAL INSURANCE COMPANY | ) | TWELVE DEMANDED |
| | ) | |
| Defendants. | ) | E-FILE |

NOTICE OF SERVICE

I HEREBY SERVE NOTICE, on this____ day of December, 2006, that I served two copies of the foregoing Notice of Records Deposition upon the following by electronic filing:

Roger D. Landon, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington , DE 19805

Richard A. DiLiberto, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Steven L. Caponi, Esq.
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

SHELSBY & LEONI

*/s/ Robert J. Leoni*
Robert J. Leoni
Bar ID # 2888
221 Main Street
Stanton, DE 19804
(302) 995-6210
Attorney for Defendant