

910 W. Basin Road, New Castle DE 19720
HOME OFFICE: *COLUMBUS, OHIO*

January 12, 2005

Republic Western Insurance
P.O. Box 2789
Warminster, PA 18974-2789
Attn: Karen Burczewski

**OUR INSURED :** Sara S Echevarria
**OUR CLAIM NUMBER :** 89 07   497126 05152004 01
**DATE OF ACCIDENT :** 05-15-2004
**CLAIMANT NAME :** Sara S Echevarria

Dear Ms. Burczewski ,

I appreciate your call regarding the above matter, however, I still request the location of the trailer unit so it may be inspected. If the unit has been disposed of, please confirm this in writing.

You will need to support your contention that the trailer unit was indeed in proper working order and maintained. Irrespective of the information suggesting that the vehicle renter, Roger Mayfield re-hitched the unit, it is notable that he traveled over three hundred miles before the coupling detached. The information we have is that Mayfield had re-attached the hitch in North Carolina, however, this accident occurred in Delaware, which is a rather long distance away from the point of coupling. This suggests that they may have been something more than just a matter of an improper hitching.

Notwithstanding, Mayfield was a renter, and proper instructions should be afforded these persons upon the rental of such units to protect such forseeable events from occurring. This is a duty of both the leasing agent and the manufacturer. Without the identity of the manufacturer, we are unable to determine if there was appropriate instructions provided for the use and maintenance of the unit. The design of the unit may also be in question as to its useability, and whether or not its design is conducive to its proper use.

If you have the name of the manufacturer of the hitching mechanism, I would appreciate your favoring me with this information so I may research whether any recalls on this mechanism were issued by that manufacturer, NHTSA or other consumer organization.

Please let me hear from you by February 1, 2005 in this regard.

NATIONWIDE GENERAL INSURANCE COMPANY

Sonja Blackhawk
Claims Department
(302)325-8932

C: Richard DiLiberto, Esq.
1000 West Street
The Brandywine Building
Wilmington DE 19899

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BRUCE M. STARGATT<br>BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>BRENDAN LINEHAN SHANNON<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR | MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>MATTHEW P. DENN<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br><br>ATHANASIOS E. AGELAKOPOULOS<br>JOSEPH M. BARRY<br>KEVIN M. BAIRD<br>SEAN M. BEACH<br>TIMOTHY P. CAIRNS<br>M. BLAKE CLEARY<br>CURTIS J. CROWTHER<br>ERIN EDWARDS<br>IAN S. FREDRICKS (NJ & PA ONLY)<br>DANIELLE GIBBS<br>SEAN T. GREECHER<br>KARA S. HAMMOND<br>DAWN M. JONES<br>RICHARD S. JULIE (NY ONLY)<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>JOHN C. KUFFEL (MD ONLY)<br>TIMOTHY E. LENGKEEK<br>MATTHEW B. LUNN<br>JOSEPH A. MALFITANO<br>GLENN C. MANDALAS<br>ADRIA B. MARTINELLI<br>MATTHEW B. MCGUIRE<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>JENNIFER R. NOEL<br>JOHN J. PASCHETTO<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>SARA BETH A. REYBURN<br>FRANCIS J. SCHANNE<br>MICHAEL P. STAFFORD<br>JOHN E. TRACEY<br>ALFRED VILLOCH, III<br>CHRISTIAN DOUGLAS WRIGHT<br>SHARON M. ZIEG | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>WRITER'S DIRECT DIAL NUMBERS<br>VOICE: (302) 571-6657<br>FAX: (302) 576-3290<br><br>E-MAIL: rdiliberto@ycst.com<br><br><br>August 27, 2004 | H. ALBERT YOUNG<br>1929-1982<br><br>H. JAMES CONAWAY, JR.<br>1947-1990<br><br>WILLIAM F. TAYLOR<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND<br>SHELDON A. WEINSTEIN<br>OF COUNSEL<br><br>JOHN D. MCLAUGHLIN, JR.<br>SPECIAL COUNSEL<br><br>GEORGETOWN OFFICE<br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338 |

Ms. Karen A. Burczewski
Republic Western Insurance Company
P.O. Box 2789
Warminster, PA 18974-2789

    Re: My Client: Sara Echevarria
       Your Insured: U-Haul
       Date of Loss: 5/15/04
       Claim No.: 02393161

Dear Ms. Burczewski:

  May I please have a response to my letters to you dated July 26, 2004 and August 12, 2004, copies of which are enclosed for your ease of reference. Thank you.

               Sincerely,

               Richard A. DiLiberto, Jr.

RAD:ncp
Enclosures

WP3:1034488.1                                                  63287.1001

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BRUCE M. STARGATT<br>BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>BRENDAN LINEHAN SHANNON<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR | MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>MATTHEW P. DENN<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br><br>ATHANASIOS E. AGELAKOPOULOS<br>JOSEPH M. BARRY<br>KEVIN M. BAIRD<br>SEAN M. BEACH<br>TIMOTHY P. CAIRNS<br>M. BLAKE CLEARY<br>CURTIS J. CROWTHER<br>ERIN EDWARDS<br>DANIELLE GIBBS<br>SEAN T. GREECHER<br>KARA S. HAMMOND<br>DAWN M. JONES<br>RICHARD S. JULIE (NY ONLY)<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>JOHN C. KUFFEL (MD ONLY)<br>TIMOTHY E. LENGKEEK<br>MATTHEW B. LUNN<br>JOSEPH A. MALFITANO<br>GLENN C. MANDALAS<br>ADRIA B. MARTINELLI<br>MATTHEW B. MCGUIRE<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>JENNIFER R. NOEL<br>JOHN J. PASCHETTO<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>SARA BETH A. REYBURN<br>FRANCIS J. SCHANNE<br>MICHAEL P. STAFFORD<br>JOHN E. TRACEY<br>ALFRED VILLOCH, III<br>CHRISTIAN DOUGLAS WRIGHT<br>SHARON M. ZIEG | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>WRITER'S DIRECT DIAL NUMBERS<br>VOICE: (302) 571-6657<br>FAX: (302) 576-3290<br><br>E-MAIL: rdiliberto@ycst.com | H. ALBERT YOUNG<br>1929-1982<br><br>H. JAMES CONAWAY, JR.<br>1947-1990<br><br>WILLIAM F. TAYLOR<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND<br>SHELDON A. WEINSTEIN<br>OF COUNSEL<br><br>JOHN D. MCLAUGHLIN, JR.<br>SPECIAL COUNSEL<br><br>GEORGETOWN OFFICE<br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338 |

August 12, 2004

Ms. Karen A. Burczewski
Republic Western Insurance Company
P.O. Box 2789
Warminster, PA 18974-2789

    Re:    My Client: Safa Echevarria
           Your Insured: U-Haul
           Date of Loss: 5/15/04
           Claim No.: 02393161

Dear Ms. Burczewski:

    May I please have a response to my letter to you dated July 26, 2004, a copy of which is enclosed for your ease of reference. Thank you.

                                    Sincerely,

                                    Richard A. DiLiberto, Jr.

RAD:ncp
Enclosure

WP3:1029473.1                                                                                                           63287.1001

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BRUCE M. STARGATT<br>BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>BRENDAN LINEHAN SHANNON<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR<br>EDWIN J. HARRON | MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>MATTHEW P. DENN<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br><br>ATHANASIOS E. AGELAKOPOULOS<br>JOSEPH M. BARRY<br>KEVIN M. BAIRD<br>SEAN M. BEACH<br>TIMOTHY P. CAIRNS<br>M. BLAKE CLEARY<br>CURTIS J. CROWTHER<br>ERIN EDWARDS<br>DANIELLE GIBBS<br>SEAN T. GREECHER<br>KARA S. HAMMOND<br>DAWN M. JONES<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>JOHN C. KUFFEL (MD ONLY)<br>TIMOTHY E. LENGKEEK<br>MATTHEW B. LUNN<br>JOSEPH A. MALFITANO<br>GLENN C. MANDALAS<br>ADRIA B. MARTINELLI<br>MATTHEW B. MCGUIRE<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>JENNIFER R. NOEL<br>JOHN J. PASCHETTO<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>SARA BETH A. REYBURN<br>FRANCIS J. SCHANNE<br>MICHAEL P. STAFFORD<br>JOHN E. TRACEY<br>ALFRED VILLOCH, III<br>CHRISTIAN DOUGLAS WRIGHT<br>SHARON M. ZIEG | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>WRITER'S DIRECT DIAL NUMBERS<br>VOICE: (302) 571-6657<br>FAX: (302) 576-3290<br><br>E-MAIL: rdiliberto@ycst.com | H ALBERT YOUNG<br>1929-1982<br><br>H. JAMES CONAWAY, JR.<br>1947-1990<br><br>WILLIAM F. TAYLOR<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND<br>SHELDON A. WEINSTEIN<br>OF COUNSEL<br><br>JOHN D MCLAUGHLIN, JR.<br>SPECIAL COUNSEL<br><br>GEORGETOWN OFFICE<br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338 | |

July 26, 2004

Ms. Karen A. Burczewski
Republic Western Insurance Company
P.O. Box 2789
Warminster, PA 18974-2789

   Re: My Client: Sara Echevarria
      Your Insured: U-Haul
      Date of Loss: 5/15/04
      Claim No.: 02393161

Dear Ms. Burczewski:

  This will confirm your telephone call to my office during you informed me that you have interviewed Mr. Mayfield and have disclaimed coverage to my client on this matter because Mr. Mayfield informed you that he disconnected the chains to the U-Haul trailer and re-attached them himself.

  Please send me a copy of the transcript of your statement with Mr. Mayfield. Also, please send me a copy of the policy at issue and reference the portions of the policy which permit you to disclaim coverage in this situation.

  Additionally, kindly inform me of Mr. Mayfield's liability insurance on any vehicles he owned which are applicable in this situation.

WP3:1024216.1                                                              63287.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Ms. Karen A. Burczewski
July 26, 2004
Page 2

      Does U-Haul ask for proof of insurance prior to renting an individual a trailer? I look forward to your response.

      Sincerely,

      Richard A. DiLiberto, Jr.

RAD:ncp
cc:    Ms. Sara Echevarria

WP3:1024216.1      63287.1001