IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | : | |
| | : | |
| Plaintiff, | : | Case No.: 05-284 (GMS) |
| | : | |
| v. | : | |
| | : | |
| U-HAUL INTERNATIONAL, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## RE-NOTICE OF DEPOSITION

TO:  Roger D. Landon, Esquire          Robert J. Leoni, Esquire
     **Murphy, Spadaro & Landon**      **Shelsby & Leoni**
     1011 Centre Road, Suite 210       221 Main Street
     Wilmington, DE 19805              Stanton, DE 19804

     Robert K. Pearce, Esquire
     **Ferry, Joseph & Pearce, P.A.**
     824 Market Street, Suite 904
     Wilmington, DE 19899

   PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Defendant, U-Haul International, Inc. will take the oral deposition of FRANK COSTANZA on the 24th day of January, 2007, beginning at 3:00 p.m. at the offices of MURPHY SPADARO & LANDON located at 1011 Centre Road, Suite 210, Wilmington, DE 19805 before a court reporter. You are invited to attend and cross-examine the witness.

|  |  |
|---|---|
| | */s/ Steven L. Caponi* |
| Dated: January 16, 2007 | Steven L. Caponi (DE ID No. 3484) |
| | **Blank Rome LLP** |
| | 1201 Market Street, Suite 800 |
| | Wilmington, DE 19801 |
| | Telephone:   302-425-6408 |
| | Facsimile:   302-428-5106 |
| | Attorneys for U-Haul International, Inc. |

Of Counsel:
Francis H. LoCoco
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497