**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE**

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | : | |
| | : | |
| Plaintiff, | : | Case No.: 05-284 (GMS) |
| v. | : | |
| | : | |
| U-HAUL INTERNATIONAL, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION AND PROPOSED ORDER

The parties hereto hereby agree, subject to the Court's approval, to amend the Scheduling Order in this case as follows:

1. The deadline for filing case dispositive motions and *Daubert* motions, if any, is February 5, 2007; and

2. Responses to case dispositive and *Daubert* motions shall be filed by February 12, 2007.

| | |
|---|---|
| **MURPHY, SPADARO & LANDON** | **BLANK ROME LLP** |
| | |
| */s/ Roger D. Landon* | */s/ Steven L. Caponi* |
| Roger D. Landon (I.D. No. 2460) | Steven L. Caponi (I.D. No. 3484) |
| 1011 Centre Road, Suite 210 | 1201 Market Street, Suite 800 |
| Wilmington, DE 19805 | Wilmington, DE 19801 |
| Telephone: (302) 472-8100 | Telephone: (302) 425-6400 |
| | |
| Attorneys for Plaintiff | Attorneys for U-Haul Defendants |
| | |
| **FERRY, JOSEPH & PEARCE, P.A.** | **SHELSBY & LEONI** |
| | |
| */s/ Robert K. Pearce* | */s/ Robert J. Leoni* |
| Robert K. Pearce (I.D. No. 191) | Robert J. Leoni (I.D. No. 2888) |
| 824 Market Street, Suite 904 | 221 Main Street |
| P.O. Box 1351 | Stanton, DE 19804 |
| Wilmington, DE 19899 | (302) 995-6210 |
| Telephone (302) 575-1555 | |
| | Attorneys for Defendant/Cross Claimant |
| Attorneys for Defendant Roger Mayfield | Nationwide General Insurance Company |

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Gregory M. Sleet
United States District Judge