IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, | ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL | ) | |
| INSURANCE COMPANY, U-HAUL | ) | |
| CO. OF ARIZONA, U-HAUL CO. OF | ) | |
| COLORADO and U-HAUL CO. OF | ) | |
| FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VIDEO TRIAL DEPOSITION**

TO:  Stephen L. Caponi, Esquire        Robert J. Leoni, Esquire
     Blank Rome, LLP                    Michael J. Logullo, Esquire
     Chase Manhattan Centre             Shelsby & Leoni
     1201 Market Street, Suite 800      221 Main Street
     Wilmington, DE 19801               Wilmington, DE 19804

     Francis H. LoCoco, Esquire
     Quarles & Brady LLP
     411 East Wisconsin Avenue
     Milwaukee, WI 53122

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), counsel for plaintiff Roger D. Landon will take the video trial deposition of Anthony L. Cucuzzella, M.D. The deposition will proceed at 4735 Ogletown-Stanton Road, Medical Arts Pavilion II, Newark, Delaware 19713, on Wednesday, February 21, 2007 beginning at 4:15 p.m.

00139154

                MURPHY & LANDON

                <u>/s/ Roger D. Landon</u>
                ROGER D. LANDON, No. 2460
                1011 Centre Road, #210
                Wilmington, DE  19805
                (302) 472-8112
                Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, | ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL | ) | |
| INSURANCE COMPANY, U-HAUL | ) | |
| CO. OF ARIZONA, U-HAUL CO. OF | ) | |
| COLORADO and U-HAUL CO. OF | ) | |
| FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 31st day of January, 2007, copies of the foregoing **NOTICE OF VIDEO TRIAL DEPOSITION** were delivered via electronic filing to the following individual(s):

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esquire
Michael J. Logullo, Esquire
Shelsby & Leoni
221 Main Street
Wilmington, DE 19804

Francis H. LoCoco, Esquire
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122

00139154

                        MURPHY & LANDON

                        /s/ Roger D. Landon
                        ROGER D. LANDON, No. 2460
                        1011 Centre Road, #210
                        Wilmington, DE  19805
                        (302) 472-8112
                        Attorneys for Plaintiff

00139154