# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | ) |
| | ) |
|             Plaintiff, | ) |
| v. | ) |
| | ) NO.: 05-284 GMS |
| U-HAUL INTERNATIONAL, INC., | ) |
| ROGER MAYFIELD, NATIONWIDE | ) |
| GENERAL INSURANCE COMPANY, U- | ) |
| HAUL CO. OF ARIZONA, U-HAUL CO. | ) |
| OF COLORADO and U-HAUL CO. OF | ) |
| FLORIDA, | ) |
| | ) |
|             Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** this 1st day of February, 2007, by and between the plaintiff and U-Haul Co. of Colorado, U-Haul Co. of Arizona and U-Haul International, Inc., through their undersigned counsel, that all claims and causes of action that were or could be asserted by plaintiff and against U-Haul Co. of Colorado, U-Haul Co. of Arizona and U-Haul International, Inc. are hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to bear its own attorney fees and costs incurred.

| | |
|---|---|
| **MURPHY, SPADARO & LANDON** | **BLANK ROME LLP** |
| | |
|    */s/ Roger D. Landon* |    */s/ Steven L. Caponi* |
| Roger D. Landon  (I.D. No. 2460) | Steven L. Caponi  (I.D. No. 3484) |
| 1011 Centre Road, Suite 210 | 1201 Market Street, Suite 800 |
| Wilmington, DE 19805 | Wilmington, DE 19801 |
| Telephone:  (302) 472-8100 | Telephone:  (302) 425-6400 |
| | |
| Attorneys for Plaintiff | Attorneys for U-Haul Defendants |

      SO ORDERED this ___ day of February, 2007.

_____
Honorable Gregory M. Sleet
United States District Judge