## CERTIFICATE OF SERVICE

I, Steven L. Caponi, hereby certify that on this 1st day of February, 2007, true and correct copies of the foregoing Stipulation of Dismissal with Prejudice was served via electronic filing upon the following counsel:

Robert K. Pearce  (I.D. No. 191
Ferry, Joseph & Pearce
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Robert J. Leoni
Michael J. Logullo
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

*/s/ Steven L. Caponi*
Steven L. Caponi (# 3484)