IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 05-284 (GMS) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| U-HAUL INTERNATIONAL INC. ROGER MAYFIELD, and NATIONWIDE GENERAL INSURANCE COMPANY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STATEMENT PURSUANT TO LR 7.1.1

Pursuant to Local Rule 7.1.1 the undersigned hereby states that counsel for Defendant Roger Mayfield has made a reasonable effort to reach agreement with opposing counsel as to the matters set forth in the defendant's Motion in Limine.

FERRY, JOSEPH & PEARCE, P.A.

/s/Robert K. Pearce
ROBERT K. PEARCE, ESQ (ID # 191)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
rpearce@ferryjoseph.com
Attorneys for Defendant
Roger Mayfield

Dated: February 1, 2007