IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | : | |
| | : | |
| Plaintiff, | : | Case No.: 05-284 (GMS) |
| | : | |
| v. | : | Removed from Superior Court, |
| | : | New Castle County, Delaware |
| U-HAUL CO. OF FLORIDA, | : | C.A. No.: 05C-03-188 WCC |
| ROGER MAYFIELD, and | : | |
| NATIONWIDE GENERAL INSURANCE | : | |
| | : | |
| Defendants. | : | |

## STATEMENT PURSUANT TO LR 7.1.1

Pursuant to Local Rule 7.1.1 the undersigned hereby states that counsel for Defendant U-

Haul Co. of Florida has made a reasonable effort to reach agreement with opposing counsel as to

matters set forth in the defendant's Motion to Exclude the Testimony of Frank Costanzo.

BLANK ROME, LLP

Steven L. Caponi (#3484)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6408
Attorneys for Defendant U-Haul Co. of
Florida

## CERTIFICATE OF SERVICE

I, Steven L. Caponi, hereby certify that on this 2nd day of February, 2007, I caused

copies of the Statement Pursuant to LR 7.1.1 to be served via electronic filing upon the following

counsel:

Roger D. Landon
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

Robert J. Leoni
Michael J. Logullo
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

Robert K. Pearce, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

Steven L. Caponi (# 3484)