IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| ROGER MAYFIELD, | ) | |
| NATIONWIDE GENERAL | ) | TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U- | ) | |
| HAUL CO. OF FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff's Response to Defendant Roger Mayfield's Motion *in Limine* will be heard at the convenience of the Court.

                                                                MURPHY & LANDON

                                                                */s/ Roger D. Landon*
                                                                ROGER D. LANDON, No. 2460
                                                                CHASE T. BROCKSTEDT, No. 3815
                                                               1011 Centre Road, #210
                                                                Wilmington, DE  19805
                                                               (302) 472-8112
                                                                Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| ROGER MAYFIELD, | ) | |
| NATIONWIDE GENERAL | ) | TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U- | ) | |
| HAUL CO. OF FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT ROGER MAYFIELD'S
MOTION IN LIMINE**

Defendant Roger Mayfield has moved *in limine* to exclude portions of the testimony of plaintiff's liability expert, Frank Costanzo. Specifically, Mayfield seeks to preclude Costanzo from testifying that Mayfield was negligent in the operation of the trailer because such an opinion is a legal conclusion and, therefore, inadmissible. Plaintiff agrees that Mr. Costanzo should not be permitted to opine as to the legal conclusion that Mr. Mayfield was negligent.

Mayfield also seeks to preclude Mr. Costanzo from testifying as to his opinion that Mayfield did not properly attach the safety chains. Plaintiff agrees that Mr. Costanzo should not be permitted to testify as to an opinion that the safety chains were not properly attached by Mr. Mayfield.

Defendant U-Haul Co. of Florida has filed a separate motion *in limine* seeking to preclude any testimony whatsoever from Mr. Costanzo. Plaintiff's opposition to that motion is being filed separately. Plaintiff believes there are a number of matters which Mr. Costanzo can properly testify about which will be appropriate and helpful for the jury.

00139482

                                    MURPHY & LANDON

                                    /s/ Roger D. Landon
                                    ROGER D. LANDON, No. 2460
                                    CHASE T. BROCKSTEDT, No. 3815
                                    1011 Centre Road, #210
                                    Wilmington, DE  19805
                                    (302) 472-8112
                                    Attorneys for Plaintiff

00139482

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 05-284 GMS |
| ) | |
| ROGER MAYFIELD, ) | |
| NATIONWIDE GENERAL ) | TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U- ) | |
| HAUL CO. OF FLORIDA, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 7th day of February, 2007, copies of the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT ROGER MAYFIELD'S MOTION IN LIMINE** were delivered via electronic filing to the following individual(s):

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esquire
Michael J. Logullo, Esquire
Shelsby & Leoni
221 Main Street
Wilmington, DE 19804

Francis H. LoCoco, Esquire
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122

Robert K. Pearce, Esq.
Ferry Joseph & Pearce
824 N. Market Street, #904
Wilmington, DE 19801

MURPHY & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, No. 2460
CHASE T. BROCKSTEDT, No. 3815
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorneys for Plaintiff

00139482