IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| ROGER MAYFIELD, | ) | |
| NATIONWIDE GENERAL | ) | TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U-HAUL CO. OF FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**AND NOW** this _____ day of _____, 2007, having heard Defendant U-Haul Co. of Florida's Motion to Exclude the Testimony of Frank Costanzo and Plaintiff's opposition thereto;

**IT IS HEREBY ORDERED** that Defendant U-Haul Co. of Florida's motion to exclude proffered expert testimony of Frank Costanzo is DENIED.

**SO ORDERED,**

_____
J.

00139548