IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| U-HAUL INTERNATIONAL, INC., | ) | |
| ROGER MAYFIELD, | ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL | ) | |
| INSURANCE COMPANY, U-HAUL | ) | |
| CO. OF ARIZONA, U-HAUL CO. OF | ) | |
| COLORADO and U-HAUL CO. OF | ) | |
| FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VIDEO TRIAL DEPOSITION**

TO:  Stephen L. Caponi, Esquire          Robert J. Leoni, Esquire
     Blank Rome, LLP                      Michael J. Logullo, Esquire
     Chase Manhattan Centre               Shelsby & Leoni
     1201 Market Street, Suite 800        221 Main Street
     Wilmington, DE 19801                 Wilmington, DE 19804

     Francis H. LoCoco, Esquire           Robert K. Pearce, Esq.
     Quarles & Brady LLP                  Ferry Joseph & Pearce
     411 East Wisconsin Avenue            824 N. Market Street, #904
     Milwaukee, WI 53122                  Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(1), counsel for plaintiff Roger D. Landon will take the video trial deposition of Anthony L. Cucuzzella, M.D. The deposition will proceed at 4735 Ogletown-Stanton Road, Medical Arts Pavilion II, Newark, Delaware 19713, on Monday, February 26, 2007 beginning at 4:30 p.m. This deposition was previously scheduled to occur on Wednesday, February 21, 2007.

00139913

        MURPHY & LANDON

        <u>/s/ Roger D. Landon</u>
        ROGER D. LANDON, No. 2460
        1011 Centre Road, #210
        Wilmington, DE  19805
        (302) 472-8112
        Attorneys for Plaintiff

00139913

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 05-284 GMS |
| ) | |
| U-HAUL INTERNATIONAL, INC., ) | |
| ROGER MAYFIELD, ) | TRIAL BY JURY DEMANDED |
| NATIONWIDE GENERAL ) | |
| INSURANCE COMPANY, U-HAUL ) | |
| CO. OF ARIZONA, U-HAUL CO. OF ) | |
| COLORADO and U-HAUL CO. OF ) | |
| FLORIDA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 22nd day of January, 2007, copies of the foregoing **NOTICE OF VIDEO TRIAL DEPOSITION** were delivered via electronic filing to the following individual(s):

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esquire
Michael J. Logullo, Esquire
Shelsby & Leoni
221 Main Street
Wilmington, DE 19804

Francis H. LoCoco, Esquire
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122

Robert K. Pearce, Esq.
Ferry Joseph & Pearce
824 N. Market Street, #904
Wilmington, DE 19801

00139913

MURPHY & LANDON

<u>/s/ Roger D. Landon</u>
ROGER D. LANDON, No. 2460
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorneys for Plaintiff

00139913