# EXHIBIT "A"



# Uninsured Motorists

(for bodily injury and property damage caused by uninsured and underinsured motorists)

## ADDITIONAL DEFINITIONS APPLICABLE TO THIS COVERAGE

"UNINSURED MOTOR VEHICLE" — See definition in COVERAGE AGREEMENT section.

"PROPERTY DAMAGE" — See definition in COVERAGE AGREEMENT section.

## Coverage Agreement

### YOU AND A RELATIVE

We will pay damages, including derivative claims, which are due by law to **you** or a **relative** from the owner or driver of an **uninsured motor vehicle** because of **bodily injury** suffered by **you** or a **relative**, and because of **property damage**. Damages must result from an accident arising out of the:

1. ownership;
2. maintenance; or
3. use;

of the **uninsured motor vehicle**.

### OTHER PERSONS

We will also pay damages, including derivative claims, which are due by law to other persons who:

1. are not a named insured or an insured household member for Uninsured Motorists coverage under another policy; and
2. suffer **bodily injury** while **occupying**:
   a) **your auto**.
   b) a **motor vehicle you** do not own, while it is used in place of **your auto** for a short time. **Your auto** must be out of use because of:
      (1) breakdown;
      (2) repair;
      (3) servicing;
      (4) loss; or
      (5) destruction.
   c) a four-wheel **motor vehicle** newly acquired by **you** to which the Auto Liability coverage of this policy applies. The coverage applies only during the first 30 days **you** own the vehicle, unless it replaces **your auto**.
   d) any other **motor vehicle** while it is being operated by **you** or a **relative**. This extension applies only in policies issued to persons (not organizations). However, the vehicle must not be:
      (1) owned by **you** or a **relative**; or
      (2) furnished to **you** or a **relative** for regular use.

### PROPERTY COVERED

Coverage for **property damage** applies to the following property:

1. **your auto**, including its loss of use.

2. **your auto's** contents which are owned by **you** or **a relative**.
3. **your auto's** contents which are owned by any other person. However, such contents are covered only while their owner is **occupying your auto**.
4. property **you** or **a relative** own while it is contained in any of the following:
   a) a motor vehicle **you** do not own, while it is used in place of **your auto** for a short time. **Your auto** must be out of use because of:
      (1) breakdown;
      (2) repair;
      (3) servicing;
      (4) loss; or
      (5) destruction.
   b) any other **motor vehicle** while it is being operated by **you** or **a relative**. However, the vehicle must not be:
      (1) owned by **you** or **a relative**; or
      (2) furnished to **you** or **a relative** for regular use.

## RECOVERY

1. Before recovery, we and the **insured** must agree on two points:
   a) whether there is a legal right to recover damages from the owner or driver of an **uninsured motor vehicle**; and if so,
   b) the amount of such damages.

   If agreement can't be reached, the matter may go to arbitration. Refer to the GENERAL POLICY CONDITIONS for arbitration provisions.
2. Questions between the injured party and **us** regarding such person's entitlement to Uninsured Motorists coverage, or the limits of such coverage, are not subject to arbitration and shall be decided by a court of law.
3. Any judgment against the uninsured (including underinsured) will be binding on **us** only if it has **our** written consent.

## DEFINITIONS

For purposes of this coverage only:
1. An **uninsured motor vehicle** is:
   a) one for which there is no auto liability bond, insurance or other security in effect, applicable to the vehicle owner, operator, or any other liable person or organization, at the time of the accident.
   b) one which is underinsured. This is a **motor vehicle** for which bodily injury liability coverage or other security or bonds are in effect; however, their total amount is less than the limits of this coverage. See the Declarations for those limits.
   c) one for which the insuring company denies coverage or becomes insolvent.
   d) a "hit-and-run" **motor vehicle** which causes **bodily injury** to an **insured** or **property damage** to property of the **insured**. **Bodily injury** or **property damage** must be caused by physical contact of the "hit-and-run" **motor vehicle** with the **insured** or with an **insured motor vehicle**, or by a non-contact vehicle.

   The driver and the owner of the "hit-and-run" vehicle must be unknown. The **insured** must report the accident to the police or proper governmental authority. **We** must be notified within 30 days, or as soon as practicable, that the **insured** or his legal representative has a legal action for damages arising out of the accident. This notification must include facts supporting the action. If **we** request, any **motor vehicle** the **insured** was **occupying** at the time of accident must be made available for our inspection.