## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) NO.: 05-284 GMS |
| U-HAUL INTERNATIONAL, INC., | ) |
| ROGER MAYFIELD, NATIONWIDE | ) |
| GENERAL INSURANCE COMPANY, U- | ) |
| HAUL CO. OF ARIZONA, U-HAUL CO. | ) |
| OF COLORADO and U-HAUL CO. OF | ) |
| FLORIDA, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION

**IT IS HEREBY STIPULATED,** by and between the parties and through their
undersigned counsel, that plaintiff, Sara Echevarria, sought counseling services from her
certified counselor, Mr. Berman, twenty-nine times after the subject accident occurred on May
15, 2004. The parties further stipulate that the accident was only mentioned during two of
those appointments, as noted in the records attached hereto as Ex. A.


MURPHY & LANDON

Roger D. Landon (I.D. No. 2460)
1011 Centre Road, Suite 210
Wilmington, DE 19805
Telephone: (302) 472-8100

Attorneys for Plaintiff


BLANK ROME LLP

Steven L. Cappm
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801 277-5000

Attorneys for the U-Haul Co. of
Florida, Inc., Defendant

QBMKE\6051703.1

**FERRY, JOSEPH & PEARCE, P.A.**

*Robert K. Pearce*

Robert K. Pearce  (I.D. No. 191
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone:  (302) 575-1555

Attorneys for Defendant Roger Mayfield

**SHELSBY & LEONI**

*Robert J. Leoni*

Robert J. Leoni  (I.D. No. 2888)
221 Main Street
Stanton, DE 19804
Telephone:  (302) 995-6210

Attorneys for Defendant/Cross Claimant
Nationwide General Insurance Company

QBMKE\6051703.1