# Exhibit A

Donald J. Berman M.Ed.
Licensed Counselor
1500 Shallcross Ave., Suite 2
Wilmington, DE 19806

Name: SARA ECHEVARRIA
SS#: _____

| Date | Progress Notes |
|---|---|
| 7/14/05 | Neck injury continues to really bother her — she continues to cooperate + Physical Therapy — emotionally very draining |

Donald J. Berman M.Ed.
Licensed Counselor
1500 Shallcross Ave., Suite 2
Wilmington, DE 19806

Name: _____
SS#: _____

| Date | Progress Notes |
|---|---|
| 7/14/05 | Relationship c husband continues to be poor — He lied to her saying he was going to visit his mother in Florida and instead intended to another woman to concern. So far when the boy asked how to go for everyday c her he or she lived focus upon on what direction the would go their relationship and because of how much energy she uses to deal c children, during week she is not ready to decide the relationship. Return next week. D. Berman MEd |

Donald J. Berman M.Ed.
Licensed Counselor
1500 Shallcross Ave., Suite 2
Wilmington, DE. 19806

Name: SARA ECHEVARRIA
SS#: _____

| Date | Progress Notes |
|---|---|
| 9/23/05 | Estranged husband has admitted he is again having an affair. Pt. says that when she had auto accident he declined to stay home and help ē child — said he had to visit ___ in FLA — in past he went to FLA ē woman of affair. Pt. is working to assist self and take care of self & her children and establish a life for herself. She has started marriage ___ only to make this her ___. Has appt ē attorney next week. Return in 2 weeks.  D. Berman ME |