IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| ROGER MAYFIELD, NATIONWIDE | ) | |
| GENERAL INSURANCE COMPANY | ) | TRIAL BY JURY DEMANDED |
| and U-HAUL CO. OF FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT SHEET

1. Was Roger Mayfield negligent in a manner proximately causing injury to Sara Echevarria?

    Yes: __✗__

    No: _____

2. Was U-Haul Co. of Florida negligent in a manner proximately causing injury to Sara Echevarria?

    Yes: _____

    No: __✗__

**Answer No. 3 only if you answered No. 1 "yes" and No. 2 "yes."**

3.  Using 100% as the total liability of Mayfield and U-Haul Co. of Florida, apportion liability. The two percentages must add up to 100%. Neither percentage can be zero.



_____ % Roger Mayfield

_____ % U-Haul Co. of Florida

**Answer No. 4 regardless of how you have answered Nos. 1-3.**

4.  What amount of compensatory damages do you award to Sara Echevarria?

$  _125,000.00_

THE ABOVE IS THE JURY'S UNANIMOUS VERDICT.

