IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SARA S. ECHEVARRIA,                        )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )      Civil Action No. 05-284 (GMS)
                                           )
U-HAUL INTERNATIONAL, INC.,                )
ROGER MAYFIELD, and NATIONWIDE  )
GENERAL INSURANCE COMPANY,      )
                                           )
            Defendants.                    )

**ORDER**

  IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be

and hereby is directed to furnish lunch for seven jurors engaged in the above entitled case on

March 8, 2007.

Dated: March 8, 2007                          /s/ Gregory M. Sleet_____
                                              UNITED STATES DISTRICT JUDGE