## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 05-284 GMS |
| | ) |
| ROGER MAYFIELD, NATIONWIDE | ) |
| GENERAL INSURANCE COMPANY | ) TRIAL BY JURY DEMANDED |
| and U-HAUL CO. OF FLORIDA, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties through their counsel that all claims by Plaintiff against Nationwide General Insurance Company are hereby dismissed with prejudice.  Each party to bear their own costs.

| | |
|---|---|
| MURPHY & LANDON | SHELSBY & LEONI |
| /s/ Roger D. Landon | /s/ Robert J. Leoni |
| ROGER D. LANDON, No. 2460 | ROBERT J. LEONI, No. 2888 |
| 1011 Centre Road, #210 | 221 Main Street |
| Wilmington, DE  19805 | Stanton, DE  19804 |