IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 05-284 GMS |
| ) | |
| ROGER MAYFIELD, ) | |
| NATIONWIDE GENERAL ) | TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U- ) | |
| HAUL CO. OF FLORIDA, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST ROGER MAYFIELD**

Plaintiff moves for entry of a default judgment against Roger Mayfield in the amount of $125,000 plus costs and post-judgment interest and, in support thereof, states as follows:

1. Defendant Roger Mayfield failed to appear after the time for doing so expired and, therefore, a default was entered by the Clerk on 10/5/2005. (D.I # 20).

2. The case proceeded to a jury trial against all defendants beginning Monday, March 5, 2007. On March 9, 2007, the jury returned a Special Verdict finding U-Haul Company of Florida not negligent. The jury also found Roger Mayfield negligent. The jury determined the plaintiff's damages to be $125,000.

3. Subsequent to trial, plaintiff reached a confidential resolution of her claims against Nationwide General Insurance Company. In accordance with that resolution, a Stipulation of Dismissal of all claims by Plaintiff against Nationwide General Insurance Company was filed with the Court on 3/20/07 (D.I. #101).

4.     In accordance with FRCP 55(b)(2), plaintiff requests that the Court enter judgment by default against Roger Mayfield in accordance with the jury's Special Verdict in the amount of $125,000.  Plaintiff also requests that the judgment reflect that plaintiff's statutorily entitled costs be taxed against Roger Mayfield and that the judgment will incur post-judgment interest at the appropriate legal rate.  Plaintiff anticipates filing and serving her Bill of Costs at the appropriate time pursuant to FRCP 54 and D. Del. LR 54.1.

**WHEREFORE**, plaintiff respectfully requests that the Court enter judgment by default against Roger Mayfield including costs and post-judgment interest.

                                      MURPHY & LANDON

                                      /s/ Roger D. Landon
                                      ROGER D. LANDON, No. 2460
                                      CHASE T. BROCKSTEDT, No. 3815
                                      1011 Centre Road, #210
                                      Wilmington, DE  19805
                                      (302) 472-8112
                                      Attorneys for Plaintiff

Dated: 3/20/2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 05-284 GMS |
| | ) |
| ROGER MAYFIELD, | ) |
| NATIONWIDE GENERAL | ) TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U-HAUL CO. OF FLORIDA, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 20th day of March, 2007, copies of the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST ROGER MAYFIELD** were delivered via electronic filing to the following individual(s):

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esquire
Michael J. Logullo, Esquire
Shelsby & Leoni
221 Main Street
Wilmington, DE 19804

Francis H. LoCoco, Esquire
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122

Robert K. Pearce, Esq.
Ferry Joseph & Pearce
824 N. Market Street, #904
Wilmington, DE 19801

MURPHY & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, No. 2460
CHASE T. BROCKSTEDT, No. 3815
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorneys for Plaintiff

00140862