IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| ROGER MAYFIELD, | ) | |
| NATIONWIDE GENERAL | ) | TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U- | ) | |
| HAUL CO. OF FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**AND NOW** this _____ day of _____, 2007, having heard Plaintiff's Motion for Entry of Default Judgment against Roger Mayfield;

**IT IS HEREBY ORDERED** that the Clerk shall forthwith enter judgment by default against Roger Mayfield in accordance with the jury's Special Verdict in the amount of $125,000 together with costs to be determined and post-judgment interest at the appropriate legal rate.

**SO ORDERED,**

_____
J.

00140863