# FERRY, JOSEPH & PEARCE, P. A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555
FAX (302) 575-1714

www.ferryjoseph.com

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH+
ROBERT K. PEARCE
THEODORE J. TACCONELLI*
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS**
STEVEN G. WEILER+
THOMAS R. RIGGS

THOMAS HERLIHY, III
OF COUNSEL

ARTHUR F. DISABATINO
(1962-2001)

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)

March 21, 2007

<u>Via Electronic Mail</u>
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

  Re: <u>Echevarria v U-Haul International, Inc., et. al.</u>
    **C. A. No. 05-284-GMS**

Dear Judge Sleet:

  I have received the plaintiff's motion for entry of default judgment against Roger Mayfield. It is my intention to file a timely response to that motion. Accordingly, I respectfully request that the Court defer ruling on the motion until my response to the motion is filed and/or the Court holds the post-trial bench hearing as set forth in the Court's order dated March 1, 2007 (Document No. 89).

      Respectfully,
      /s/Robert K. Pearce
      Robert K. Pearce

RKP/mec

cc: Roger D. Landon, Esq. - By Fax - 472-8135
   Steven L. Caponi, Esq. - By Fax - 425-6464
   Robert J. Leoni, Esq. - By Fax - 995-6121
   Frank Lococo, Esq. - By Fax - 414-978-8841
   Clerk of Court