IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-284 (GMS) |
| | ) | |
| U-HAUL COMPANY OF FLORIDA, INC., | ) | |
| ROGER MAYFIELD, and NATIONWIDE | ) | |
| GENERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

     This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on March 9, 2007. The verdict was accompanied by a verdict form (D.I. 96), a copy of which is attached hereto. Therefore,

     IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered IN FAVOR OF THE PLAINTIFF SARA ECHEVARRIA (SMITH); AND AGAINST THE DEFENDANT, ROGER MAYFIELD in the amount of $125,000.00 (ONE HUNDRED AND TWENTY-FIVE THOUSAND DOLLARS) for compensatory damages; AND IN FAVOR OF THE DEFENDANT, U-HAUL COMPANY OF FLORIDA, INC.

Dated: March 23, 2007                                /s/ Gregory M. Sleet
                                                                                 UNITED STATES DISTRICT JUDGE