## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| ROGER MAYFIELD, NATIONWIDE | ) | |
| GENERAL INSURANCE COMPANY | ) | TRIAL BY JURY DEMANDED |
| and U-HAUL CO. OF FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT SHEET

1.    Was Roger Mayfield negligent in a manner proximately causing injury to Sara Echevarria?

Yes: _____X_____

No:_____

2.    Was U-Haul Co. of Florida negligent in a manner proximately causing injury to Sara Echevarria?

Yes:_____

No:_____X_____

**Answer No. 3 only if you answered No. 1 "yes" and No. 2 "yes."**

3.    Using 100% as the total liability of Mayfield and U-Haul Co. of Florida, apportion liability. The two percentages must add up to 100%.  Neither percentage can be zero.

_____ % Roger Mayfield

_____ % U-Haul Co. of Florida

**Answer No. 4 regardless of how you have answered Nos. 1-3.**

4.    What amount of compensatory damages do you award to Sara Echevarria?

$ _____*125.000.00*_____

THE ABOVE IS THE JURY'S UNANIMOUS VERDICT.


REDACTED