## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 05-284 (GMS) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| U-HAUL INTERNATIONAL INC. | ) | |
| ROGER MAYFIELD, and | ) | |
| NATIONWIDE GENERAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT ROGER MAYFIELD'S
### MOTION TO ALTER OR AMEND JUDGMENT

Defendant Roger Mayfield, by and through his undersigned counsel, hereby moves this

Court for an Order altering or amending the Judgment entered against him on March 23, 2007

pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

Defendant respectfully refers the Court to the factual assertions and legal arguments made

in Defendant's Opening Brief in support of this Motion, filed contemporaneously herewith and

included herein by reference.

WHEREFORE, Defendant respectfully requests this Court to grant the Motion to Alter or

Amend Judgment and to award such other relief as is just and proper.

FERRY, JOSEPH & PEARCE, P.A.

/s/Robert K. Pearce
ROBERT K. PEARCE, ESQ (ID # 191)
THOMAS R. RIGGS, ESQ (ID #4631)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555
rpearce@ferryjoseph.com
Attorneys for Defendant
Roger Mayfield.

Dated: April 5, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.  05-284 (GMS) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| U-HAUL INTERNATIONAL INC. | ) | |
| ROGER MAYFIELD, and | ) | |
| NATIONWIDE GENERAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

AND NOW, TO-WIT, this _____ day of _____, 2007, the foregoing Motion

to Alter or Amend Judgment having been presented to and considered by the Court,

IT IS HEREBY ORDERED that Defendant Roger Mayfield's motion is GRANTED, and the

Judgment entered against him on March 23, 2007 shall be amended to reflect a set-off in the amount

of $100,000.


                                                     _____

The Honorable Gregory M. Sleet
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Robert K. Pearce, Esquire do hereby certify that on April 5, 2007 I electronically filed the foregoing *Defendant Roger Mayfield's Motion to Amend or Alter Judgment* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Roger D. Landon, Esq.
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

Steven L. Caponi, Esq.
Blank Rome LLP
1201 N. Market Street
Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esq.
Morgan, Shelsby & Leoni
221 Main Street
Stanton, DE 19804

Michael James Logullo, Esq.
Morgan, Shelsby & Leoni
221 Main Street
Stanton, DE 19804

I, hereby certify that on April 5, 2007, I have mailed by United States Postal Service, the document to the following non-registered participants:

Frank Lococo, Esquire
Quarles & Brady
411 East Wisconsin Avenue
Milwaukee, WI 53202-4497

/s/Robert K. Pearce
ROBERT K. PEARCE, ESQUIRE
I.D. No. 191

Dated: April 5, 2007