## CERTIFICATE OF SERVICE

I, Robert K. Pearce, Esquire do hereby certify that on April 5, 2007 I electronically filed the foregoing *Defendant Roger Mayfield's Opening Brief in Support of his Motion to Amend or Alter Judgment* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Roger D. Landon, Esq.
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

Steven L. Caponi, Esq.
Blank Rome LLP
1201 N. Market Street
Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esq.
Morgan, Shelsby & Leoni
221 Main Street
Stanton, DE 19804

Michael James Logullo, Esq.
Morgan, Shelsby & Leoni
221 Main Street
Stanton, DE 19804

I, hereby certify that on April 5, 2007, I have mailed by United States Postal Service, the document to the following non-registered participants:

Frank Lococo, Esquire
Quarles & Brady
411 East Wisconsin Avenue
Milwaukee, WI 53202-4497

/s/Robert K. Pearce
ROBERT K. PEARCE, ESQUIRE
I.D. No. 191

Dated: April 5, 2007