IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 05-284 GMS |
| ) | |
| ROGER MAYFIELD, ) | |
| NATIONWIDE GENERAL ) | TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U- ) | |
| HAUL CO. OF FLORIDA, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT ROGER MAYFIELD'S
MOTION TO ALTER OR AMEND JUDGMENT**

Plaintiff Sara S. Echevarria, by and through her undersigned counsel, opposes defendant Mayfield's Motion to Alter or Amend Judgment which was filed April 5, 2007. Plaintiff is filing, simultaneously with this opposition, an Answering Brief in Support of Her Opposition.

**WHEREFORE**, plaintiff respectfully requests this Court deny Mayfield's Motion to Alter or Amend Judgment.

                MURPHY & LANDON

                /s/ Roger D. Landon
                ROGER D. LANDON, No. 2460
                CHASE T. BROCKSTEDT, No. 3815
                1011 Centre Road, #210
                Wilmington, DE 19805
                (302) 472-8112
                Attorneys for Plaintiff

Dated: 4/10/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 05-284 GMS |
| | ) |
| ROGER MAYFIELD, | ) |
| NATIONWIDE GENERAL | ) TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U- | ) |
| HAUL CO. OF FLORIDA, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Roger D. Landon, Esq., do hereby certify that on this 10<u>th</u> day of April, 2007, copies of the foregoing **PLAINTIFF'S OPPOSITION TO DEFENDANT ROGER MAYFIELD'S MOTION TO ALTER OR AMEND JUDGMENT** were delivered via electronic filing to the following individual(s):

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esquire
Michael J. Logullo, Esquire
Shelsby & Leoni
221 Main Street
Wilmington, DE 19804

Francis H. LoCoco, Esquire
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122

Robert K. Pearce, Esq.
Ferry Joseph & Pearce
824 N. Market Street, #904
Wilmington, DE 19801

MURPHY & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, No. 2460
CHASE T. BROCKSTEDT, No. 3815
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorneys for Plaintiff

00141567