IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SARA S. ECHEVARRIA,                    )
                                       )
                    Plaintiff,         )
                                       )
        v.                             )    NO.: 05-284 GMS
                                       )
ROGER MAYFIELD,                        )
NATIONWIDE GENERAL                     )    TRIAL BY JURY DEMANDED
INSURANCE COMPANY,   and U-            )
HAUL CO. OF FLORIDA,                   )
                                       )
                    Defendants.        )

## ORDER

**AND NOW** this _____ day of _____, 2007, having heard

Defendant Roger Mayfield's Motion to Alter or Amend Judgment and Plaintiff's Opposition

thereto;

**IT IS HEREBY ORDERED** that defendant Roger Mayfield's Motion to Alter or Amend

Judgment is DENIED.

**SO ORDERED,**


_____
                                       J.

00141597