IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.: 05-284 GMS |
| | ) | |
| ROGER MAYFIELD, | ) | |
| NATIONWIDE GENERAL | ) | TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U- | ) | |
| HAUL CO. OF FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Roger D. Landon, Esq., do hereby certify that on this 10th day of April, 2007, copies of the foregoing **PLAINTIFF'S ANSWERING BRIEF IN SUPPORT OF HER OPPOSITION TO DEFENDANT ROGER MAYFIELD'S MOTION TO ALTER OR AMEND JUDGMENT** were delivered via electronic filing to the following individual(s):

Stephen L. Caponi, Esquire
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Leoni, Esquire
Michael J. Logullo, Esquire
Shelsby & Leoni
221 Main Street
Wilmington, DE 19804

Francis H. LoCoco, Esquire
Quarles & Brady LLP
411 East Wisconsin Avenue
Milwaukee, WI 53122

Robert K. Pearce, Esq.
Ferry Joseph & Pearce
824 N. Market Street, #904
Wilmington, DE 19801

MURPHY & LANDON

/s/ Roger D. Landon
ROGER D. LANDON, No. 2460
CHASE T. BROCKSTEDT, No. 3815
1011 Centre Road, #210
Wilmington, DE 19805
(302) 472-8112
Attorneys for Plaintiff

00141598