IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SARA S. ECHEVARRIA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-284 (GMS) |
| | ) | |
| v. | ) | District Court Judge Gregory M. Sleet |
| | ) | |
| U-HAUL CO. OF FLORIDA, ROGER MAYFIELD AND NATIONWIDE GENERAL INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Roger Mayfield, Defendant in the above case, hereby appeals to the United States Court of Appeals for the Third Circuit from various orders of the District Court, including its Order denying this Defendant's Motion to Vacate Default Judgment, Docket No. 78; the March 23, 2007 Judgment entered by the District Court against Mr. Mayfield, Docket No. 104; and an Order Denying Defendant's Motion to Alter or Amend Judgment entered on January 25, 2008, Docket No. 111. This Notice is given pursuant to 28 U.S.C. § 1291 and in conformity with Fed. R. App. P. 3(a)(1) and 4(a)(1)(A).

Dated: February 22, 2008

**BLANK ROME LLP**

/s/ *Steven L. Caponi*
_____
Steven L. Caponi (DE Bar #3484)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Tel: (302) 425-6400
Fax: (302) 425-6464
Attorneys for Defendant
Roger Mayfield

123128.00601/40173570v.1