IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARA S. ECHEVARRIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 05-284 GMS |
| | ) |
| ROGER MAYFIELD, | ) |
| NATIONWIDE GENERAL | ) TRIAL BY JURY DEMANDED |
| INSURANCE COMPANY, and U- | ) |
| HAUL CO. OF FLORIDA, | ) |
| | ) |
| Defendants. | ) |

**SATISFACTION OF JUDGMENT**

Please satisfy the judgment entered against Roger Mayfield on 3/23/07, D.I. 104.

                MURPHY & LANDON

                /s/ Roger D. Landon
                ROGER D. LANDON, No. 2460
                1011 Centre Road, #210
                Wilmington, DE  19805
                (302) 472-8112
                Attorney for Plaintiff

00150843